Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Wall to Wall Tile & Stone, LLC (TIN 9732), Wall to Wall Tile & Stone-Oregon LLC (TIN 1863), and Wall to Wall Tile & Stone-Idaho LLC (TIN 9431),<br><br>                  Debtors. | Case No. 19-32600-dwh11<br>**LEAD CASE**<br><br>(Jointly Administered with Case Nos. 19-32599-dwh11 and 19-32603-dwh11)<br><br>**ORDER GRANTING DEBTORS' MOTION FOR ORDER AUTHORIZING PAYMENT OF PREPETITION WAGES, SALARIES, COMPENSATION, EXPENSES, BENEFITS, AND RELATED TAXES; AND TO CONTINUE EMPLOYEE BENEFITS POSTPETITION** |

       THIS MATTER having come before the Court upon Debtors' Motions for Order Authorizing Payment of Prepetition Wages, Salaries, Compensation, Expenses, Benefits, and Related Taxes; and to Continue Employee Benefits Post-Petition (the "Motion") ") [Case No. 19-32600-dwh11 ECF No. 9; Case No. 19-32599-dwh11 ECF No. 9; Case No. 19-32603-dwh11 ECF No. 11]; the Court having reviewed the Motion and the Declaration of James Keller in Support of First Day Pleadings, and having considered the statements of counsel and the

**Page 1 of 3** - ORDER GRANTING DEBTORS' MOTION FOR ORDER AUTHORIZING PAYMENT OF PREPETITION WAGES, SALARIES, COMPENSATION, EXPENSES, BENEFITS, AND RELATED TAXES; AND TO CONTINUE EMPLOYEE BENEFITS POSTPETITION

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

evidence adduced with respect to the Motion at a hearing before the Court (the "Hearing"); and the Court having found that (1) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (2) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; (3) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and (4) notice of the Motion and the Hearing was sufficient under the circumstances; and after due deliberation the Court having determined that the relief requested in the Motion is in the best interests of Debtors, their estates, and the creditors; and good and sufficient cause having been shown;

IT IS HEREBY ORDERED that:

1. Debtors' Motion is GRANTED.

2. Debtors are authorized to pay the amounts set forth on **Exhibit A** and (a) to pay incurred prepetition wages, salaries, reimbursable employee business expenses, commissions, and other compensation on the regularly-scheduled post-petition pay dates; (b) to pay any and all local, state, and federal withholding and payroll-related taxes relating to prepetition periods, including, but not limited to, all prepetition withholding taxes, social security taxes, Medicare taxes, and unemployment taxes; (c) to pay all court-ordered wage garnishments, including, but not limited to, child support and tax garnishments; (d) to make accrued prepetition contributions or payments directly on account of employee benefits; (e) to continue to honor, and pay as and when appropriate, earned but unused vacation and other benefits accrued prepetition; (f) to continue existing employee benefits post-petition; and (g) Debtors' banks are authorized to honor prepetition checks or electronic transfers for payment of the prepetition claims and benefits described herein; provided, however, that with respect to prepetition obligations, Debtors will not pay with respect to any individual more than the $12,850 priority amount provided by 11 U.S.C. §§ 507(a)(4) and (a)(5). Nothing in this Order authorizes payment that would not be made in the ordinary course of business.

3. The requirements of Bankruptcy Rule 6003(b) have been satisfied with respect to the payments authorized by this Order.

**Page 2 of 3** - ORDER GRANTING DEBTORS' MOTION FOR ORDER AUTHORIZING PAYMENT OF PREPETITION WAGES, SALARIES, COMPENSATION, EXPENSES, BENEFITS, AND RELATED TAXES; AND TO CONTINUE EMPLOYEE BENEFITS POSTPETITION

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-32600-dwh11    Doc 26    Filed 07/18/19

4. Pursuant to Bankruptcy Rule 6004(h), this Order shall be immediately effective and enforceable upon its entry.

# # #

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP


By */s/ Timothy J. Conway*
    Albert N. Kennedy, OSB NO. 821429
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava L. Schoen, OSB No. 044072
    888 S.W. Fifth Avenue, Suite 1600
    Portland, OR 97204-2099
    Telephone: 503-221-1440
    Facsimile: 503-274-8779
    E-mail: al.kennedy@tonkon.com
              tim.conway@tonkon.com
              michael.fletcher@tonkon.com
              ava.schoen@tonkon.com
    Attorneys for Debtors

cc: List of Interested Parties

**Page 3 of 3** - ORDER GRANTING DEBTORS' MOTION FOR ORDER AUTHORIZING PAYMENT OF PREPETITION WAGES, SALARIES, COMPENSATION, EXPENSES, BENEFITS, AND RELATED TAXES; AND TO CONTINUE EMPLOYEE BENEFITS POSTPETITION

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-32600-dwh11    Doc 26    Filed 07/18/19

# EXHIBIT A

**AMOUNTS OWED FOR
ACCRUED AND UNPAID PREPETITION
WAGES, SALARIES, EXPENSES, COMMISSIONS,
COMPENSATION, TAXES, AND BENEFITS**

| Employee ID | Amount | Employee ID | Amount | Employee ID | Amount |
|---|---|---|---|---|---|
| 1012 | 855.40 | 10072 | 1,654.88 | 10286 | 809.64 |
| 1020 | 952.29 | 10083 | 1,611.23 | 10290 | 998.93 |
| 1047 | 714.72 | 10084 | 816.00 | 10295 | 1,109.75 |
| 1048 | 719.68 | 10086 | 666.00 | 10298 | 1,821.75 |
| 1050 | 1,159.50 | 10092 | 899.40 | 10302 | 2,113.86 |
| 1051 | 600.44 | 10093 | 2,402.10 | 10306 | 1,074.32 |
| 1052 | 657.75 | 10094 | 1,262.10 | 10312 | 969.60 |
| 1054 | 911.90 | 10099 | 1,386.00 | 10315 | 788.18 |
| 1056 | 917.97 | 10101 | 1,369.50 | 10321 | 1,163.10 |
| 1070 | 1,398.26 | 10103 | 1,148.16 | 10327 | 1,135.35 |
| 1073 | 864.40 | 10104 | 1,271.49 | 10330 | 932.40 |
| 1076 | 1,071.75 | 10105 | 1,056.40 | 10335 | 827.75 |
| 1080 | 740.93 | 10107 | 840.74 | 10338 | 838.32 |
| 1082 | 603.05 | 10109 | 1,361.88 | 10351 | 936.48 |
| 1090 | 962.40 | 10112 | 980.40 | 10353 | 578.00 |
| 1094 | 1,161.60 | 10113 | 198.00 | 10355 | 1,023.90 |
| 1096 | 603.45 | 10114 | 1,198.58 | 10358 | 190.00 |
| 1097 | 678.99 | 10118 | 950.60 | 10359 | 984.48 |
| 1099 | 689.55 | 10119 | 1,337.51 | 10360 | 834.72 |
| 1102 | 742.05 | 10120 | 1,383.48 | 10361 | 1,001.07 |
| 1105 | 653.64 | 10121 | 1,501.65 | 10364 | 1,291.29 |
| 1107 | 457.56 | 10124 | 1,149.54 | 10369 | 929.70 |
| 1111 | 838.03 | 10127 | 1,339.88 | 10380 | 1,123.61 |
| 1112 | 944.00 | 10128 | 1,182.20 | 10385 | 1,457.40 |
| 1115 | 582.14 | 10133 | 990.17 | 10392 | 1,076.86 |
| 1117 | 582.01 | 10134 | 1,351.98 | 10393 | 767.70 |
| 1118 | 647.40 | 10136 | 1,079.82 | 10396 | 897.38 |
| 10011 | 1,136.40 | 10141 | 1,048.95 | 10399 | 802.32 |
| 10015 | 2,177.10 | 10142 | 1,277.81 | 10420 | 1,106.49 |
| 10017 | 1,354.88 | 10146 | 1,636.34 | 10426 | 780.52 |
| 10020 | 1,866.15 | 10149 | 1,595.52 | 10431 | 938.44 |
| 10024 | 1,128.00 | 10157 | 855.40 | 10443 | 972.42 |
| 10025 | 2,427.36 | 10160 | 331.17 | 10445 | 867.60 |
| 10026 | 1,275.75 | 10164 | 1,180.71 | 10446 | 978.75 |
| 10027 | 812.60 | 10166 | 1,491.75 | 10450 | 1,064.34 |
| 10030 | 987.90 | 10172 | 1,055.10 | 10451 | 768.00 |
| 10033 | 1,189.25 | 10185 | 1,553.40 | 10456 | 1,016.69 |
| 10034 | 937.25 | 10189 | 1,148.31 | 10457 | 1,062.59 |
| 10035 | 1,162.55 | 10191 | 988.74 | 10459 | 864.00 |
| 10036 | 2,114.10 | 10192 | 1,016.60 | 10460 | 1,183.41 |
| 10039 | 1,523.55 | 10201 | 991.51 | 10474 | 680.55 |
| 10045 | 989.54 | 10204 | 1,093.50 | 10475 | 1,089.00 |
| 10053 | 1,693.86 | 10210 | 1,414.05 | 10482 | 933.66 |
| 10054 | 2,097.60 | 10212 | 968.96 | 10483 | 1,014.00 |
| 10055 | 1,056.66 | 10213 | 733.50 | 10485 | 909.08 |
| 10056 | 809.78 | 10215 | 770.44 | 10490 | 718.05 |
| 10058 | 956.27 | 10229 | 849.60 | 10491 | 1,347.68 |
| 10061 | 1,184.40 | 10247 | 1,076.79 | 10492 | 945.45 |
| 10063 | 1,640.63 | 10253 | 1,507.44 | 10493 | 608.00 |
| 10066 | 1,143.48 | 10258 | 905.28 | 10496 | 731.16 |
| 10068 | 1,116.72 | 10265 | 724.05 | 10499 | 653.70 |
| 10069 | 1,291.95 | 10266 | 1,297.01 | 10503 | 1,732.50 |

| Employee ID | Amount | Employee ID | Amount | Employee ID | Amount |
|---|---|---|---|---|---|
| 10512 | 850.43 | 10604 | 1,227.78 | 010046 | 1,615.39 |
| 10514 | 823.52 | 10610 | 603.75 | 010048 | 968.66 |
| 10517 | 1,243.89 | 10611 | 777.83 | 010052 | 1,615.39 |
| 10520 | 812.93 | 10614 | 942.99 | 010073 | 3,850.00 |
| 10527 | 1,518.20 | 10615 | 642.45 | 010097 | 1,153.85 |
| 10534 | 709.05 | 10617 | 946.80 | 010111 | 1,661.54 |
| 10537 | 761.55 | 10618 | 885.78 | 010188 | 3,853.85 |
| 10539 | 816.00 | 10621 | 764.70 | 010207 | 1,154.25 |
| 10540 | 1,191.90 | 10622 | 1,192.05 | 010230 | 1,725.00 |
| 10544 | 804.00 | 10623 | 1,194.75 | 010233 | 4,615.39 |
| 10548 | 814.53 | 001001 | 1,153.85 | 010234 | 1,269.23 |
| 10552 | 647.25 | 001002 | 1,384.61 | 010268 | 4,461.54 |
| 10556 | 1,614.38 | 001010 | 1,652.31 | 010272 | 874.62 |
| 10557 | 782.88 | 001011 | 3,461.54 | 010277 | 5,138.46 |
| 10564 | 851.52 | 001028 | 1,500.00 | 010373 | 1,153.85 |
| 10567 | 781.20 | 001031 | 7,384.62 | 010391 | 969.23 |
| 10573 | 996.00 | 001071 | 1,200.00 | 010416 | 1,961.54 |
| 10575 | 1,164.23 | 001084 | 3,384.62 | 010422 | 5,150.00 |
| 10578 | 966.48 | 010001 | 1,500.00 | 010447 | 1,384.62 |
| 10585 | 1,316.25 | 010002 | 1,846.16 | 010448 | 1,153.85 |
| 10586 | 702.87 | 010004 | 2,307.70 | 010477 | 2,273.08 |
| 10592 | 801.00 | 010007 | 5,769.23 | 010521 | 1,384.62 |
| 10594 | 718.50 | 010013 | 1,903.85 | 010561 | 1,096.16 |
| 10595 | 1,289.40 | 010014 | 1,320.00 | 010576 | 1,038.47 |
| 10596 | 979.34 | 010018 | 1,929.23 | 010580 | 1,846.16 |
| 10598 | 705.30 | 010028 | 1,846.16 | 010600 | 1,384.62 |
| 10599 | 726.75 | 010029 | 3,461.54 | 010624 | 1,500.00 |
| 10603 | 793.13 | 010037 | 1,730.77 | **Total** | **303,480.92** |

040202/00003/10190156v1

# LIST OF INTERESTED PARTIES

*In re Wall to Wall Tile & Stone, LLC*
**U.S. Bankruptcy Court Case No. 19-32600-dwh11**

*In re Wall to Wall Tile & Stone-Oregon LLC*
**U.S. Bankruptcy Court Case No. 19-32599-dwh11**

*In re Wall to Wall Tile & Stone-Idaho LLC*
**U.S. Bankruptcy Court Case No. 19-32603-dwh11**

## ECF PARTICIPANTS

- TIMOTHY J CONWAY    tim.conway@tonkon.com, candace.duncan@tonkon.com; spencer.fisher@tonkon.com
- MICHAEL W FLETCHER    michael.fletcher@tonkon.com, leslie.hurd@tonkon.com;spencer.fisher@tonkon.com
- ALBERT N KENNEDY    al.kennedy@tonkon.com, leslie.hurd@tonkon.com; spencer.fisher@tonkon.com
- AVA L SCHOEN    ava.schoen@tonkon.com, leslie.hurd@tonkon.com
- BRAD T SUMMERS    summerst@lanepowell.com, docketing-pdx@lanepowell.com;holleym@lanepowell.com
- US TRUSTEE, PORTLAND    USTPRegion18.PL.ECF@usdoj.gov

## NON-ECF PARTICIPANTS

**SECURED CREDITORS**

Baffco Enterprises, LLC
POB 1683
Brush Prairie, WA 98606

Enterprise FM Trust
20400 SW Teton Ave.
Tualatin, OR 97062

**PROPERTY TAX ENTITIES**

Clark County Treasurer
POB 9808
Vancouver, WA 98666-8808

King County Assessments Dept.
500 4th Ave. S. #708
Seattle, WA 98104

Ada County Assessor
190 E. Front St. #107
Boise, ID 83702

Deschutes County Tax Collector
POB 7559
Bend, OR 97701

**TOP 20 UNSECURED CREDITORS**

Cosmos Granite (West), LLC
Susman Godfrey L.L.P.
Attn: Rachel S. Black
1201 Third Ave. #3800
Seattle WA 98101

Cosentino
355 Alhambra Circle, #1000
Coral Gables, FL 33134

Batholite Natural Stone
Attn: Harishu Koya, Registered Agent
302 Well Spring Ct.
Hockessin, DE 19707

Fortuna Granitos Corp.
12614 Torbay Dr.
Boca Raton, FL 33428

Caesarstone
1401 W. Morehead St., #100
Charlotte, NC 28208

American Express
POB 981535
El Paso, TX 79998

Loyalty Enterprise Dev. Co. Ltd
c/o Green & Norwood PLLC
Attn: Matthew D. Green
2722 Eastlake Ave E, #350
Seattle WA 98102

Washington State Dept. of
 Labor & Industries
POB 44000
Olympia, WA 98504-4000

MS International, Inc.
5930 4th Ave. S.
Seattle, WA 98108

Pental Granite & Marble
Attn: Mary Beth Ellis
3900 A Industry Drive E
Fife, WA 98424

GranQuartz
Attn: Tammy Doss
POB 1767
Norcross, GA 30093

Stone Profit Systems, Inc.
U.S. Marketing & Sales Office
1629 North Ashland
Chicago, IL 60622

Carson Oil
PO Box 6030
Portland, OR 97228

Bedrosians Tile & Stone
Attn: Gerard, Credit Department
4285 N Goldenstate Blvd.
Fresno, CA 93722

Heffernan Insurance Brokers
POB 4006
Walnut Creek, CA 94596

Daltile
Attn: Jennifer Bliss
540 S. Front Street
Seattle, WA 98108

Lackmond Products
POB 2045
Kennesaw, GA 30156

Columbia Bank
1301 A St. #100
Tacoma WA 98402

Ferguson Enterprises, Inc.
Attn: Credit Department
2250 N Columbia Blvd.
Portland, OR 97217

Resolution Strategies LLP
515 NW Saltzman Rd., #909
Portland, OR 97229

**UTILITIES**

Waste Connections
Waste Connections of
 Washington, Inc
Vancouver District
12115 NE 99th St., #1830
Vancouver, WA 98682

Clark Public Utilities
POB 8989
Vancouver, WA 98668

040202/00003/10190156v1

Vancouver City Water
Public Works Administration
4500 SE Columbia Way
Vancouver, WA 98661-5580

COMCAST
POB 34744
Seattle, WA 98124-1744

NW Natural Gas
POB 6017
Portland, OR 97228-6017

Republic Services
Kent-Meridian Disposal
POB 78829
Phoenix, AZ 85062-8829

COMCAST
POB 34744
Seattle, WA 98124-1744

Puget Sound Energy
355 – 110th Ave. NE
Bellevue, WA 98004

Cable One, Inc.
1314 N 34th St. #3
Phoenix, AZ 85004-1749

City of Meridian
33 E Broadway Ave.
Meridian, ID 83642

Idaho Power
POB 70
Boise, ID 83707

Bend Broadband
63090 Sherman Rd.
Bend, OR 97703

Cascade Disposal
A Waste Connections Company
1300 SE Wilson Ave.
Bend, OR 97702-1450

Pacific Power Inc
POB 26000
Portland, OR 97256

Cascade Natural Gas Corp.
8113 W Grandridge Blvd.
Kennewick, WA 99336