UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Wall to Wall Tile & Stone, LLC (TIN 9732), Wall to Wall Tile & Stone-Oregon LLC (TIN 1863), and Wall to Wall Tile & Stone-Idaho LLC (TIN 9431),<br><br>        Debtors. | Case No. 19-32600-dwh11<br>**LEAD CASE**<br><br>(Jointly Administered with Case Nos. 19-32599-dwh11 and 19-32603-dwh11)<br><br>**NOTICE OF TELEPHONE HEARING ON DEBTOR'S MOTION FOR ORDER DETERMINING ADEQUATE ASSURANCE TO UTILITY COMPANIES** |

    NOTICE IS HEREBY GIVEN that on July 16, 2019, Debtors filed their Motions for Order Determining Adequate Assurance to Utility Companies [ECF No. 8, Case No. 19-32600-dwh11; ECF No. 8, Case No. 19-32599-dwh11; and ECF No. 10, Case No. 19-32603-dwh11] (the "Motion"), copies of which were previously served.

    YOU ARE HEREBY NOTIFIED that a hearing on the Motion will be held at **10:00 a.m.** on **Monday, August 5, 2019,** at the U.S. Bankruptcy Court, 1050 SW Sixth Avenue, Portland, OR 97204, before the Honorable David W. Hercher. Parties wishing to participate by telephone should call 1-888-684-8852, Access Code 5870400# (testimony will not be permitted by telephone). **Any objection** to the Motions must be filed no later than August 2, 2019 by filing with the clerk at 1050 SW Sixth Ave., #700, Portland, OR 97204, with a copy to Timothy J. Conway, Tonkon Torp LLP, 888 SW Fifth Avenue #1600, Portland, OR 97204. A copy of the Court's Telephone Hearing Requirements is attached.

    DATED this 19th day of July, 2019.

                TONKON TORP LLP


                By */s/ Timothy J. Conway*
                  Albert N. Kennedy, OSB NO. 821429
                  Michael W. Fletcher, OSB No. 010448
                  Attorneys for Debtor

**Page 1 of 1** - NOTICE OF TELEPHONE HEARING ON DEBTOR'S MOTION FOR ORDER DETERMINING ADEQUATE ASSURANCE TO UTILITY COMPANIES

# TELEPHONE HEARING REQUIREMENTS

1. You must call in and connect to the telephone hearing line or personally appear in the judge's courtroom no later than your scheduled hearing time. The court will not call you.

2. You may be asked to call again from another phone if your connection is weak or creates static or disruptive noise.

3. Please mute your phone when you are not speaking. If you do not have a mute function on your phone, press *6 to mute and *6 again to unmute if you need to speak. Do not put the court on hold if it will result in music or other noise. If available, set the phone to "Do Not Disturb" so it will not ring during the hearing.

4. When it is time for you to speak, take your phone off the "speaker" option or headset to minimize background noise and improve sound quality. Position the telephone to minimize paper rustling. Do not use a keyboard or talk with others in the room. Be aware that telephone hearings may be amplified throughout the courtroom.

5. Do not announce your presence until the court calls your case. Simply stay on the line, even if there is only silence, until the judge starts the hearings, and then continue to listen quietly until your case is called.

6. Whenever speaking, first identify yourself. When the court calls your case, it's helpful if the moving party speaks first to avoid multiple parties speaking at the same time.

7. Be on time. The judge may handle late calls the same as a late appearance in the courtroom.

Clerk, U.S. Bankruptcy Court

# CERTIFICATE OF SERVICE

       I hereby certify that I served the foregoing **NOTICE OF TELEPHONE HEARING ON DEBTOR'S MOTION FOR ORDER DETERMINING ADEQUATE ASSURANCE TO UTILITY COMPANIES** on the parties indicated as "ECF" on the attached List of Interested Parties by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below.

       In addition, I served the foregoing on the parties indicated as "Non-ECF" on the attached List of Interested Parties by mailing copies thereof in sealed, first-class postage prepaid envelopes, addressed to the parties' last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below.

       DATED this 19th day of July, 2019.

       TONKON TORP LLP

       By */s/ Timothy J. Conway*
          Albert N. Kennedy, OSB NO. 821429
          Michael W. Fletcher, OSB No. 010448
          Attorneys for Debtor

000646/00045/9693047v1

Page 1 of 1 - CERTIFICATE OF SERVICE

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, Oregon 97204
503.221.1440

Case 19-32600-dwh11    Doc 43    Filed 07/19/19

# CONSOLIDATED LIST OF INTERESTED PARTIES

*In re Wall to Wall Tile & Stone, LLC, Wall to Wall Tile & Stone-Oregon LLC, and Wall to Wall Tile & Stone-Idaho LLC*
U.S. Bankruptcy Court Case No. 19-32600-dwh11 LEAD CASE
(Jointly Administered with Case Nos. 19-32599-dwh11 and 19-32603-dwh11)

## ECF PARTICIPANTS

- TIMOTHY J CONWAY    tim.conway@tonkon.com, candace.duncan@tonkon.com; spencer.fisher@tonkon.com
- MICHAEL W FLETCHER    michael.fletcher@tonkon.com, leslie.hurd@tonkon.com;spencer.fisher@tonkon.com
- ALBERT N KENNEDY    al.kennedy@tonkon.com, leslie.hurd@tonkon.com; spencer.fisher@tonkon.com
- AVA L SCHOEN    ava.schoen@tonkon.com, leslie.hurd@tonkon.com
- BRAD T SUMMERS    summerst@lanepowell.com, docketing-pdx@lanepowell.com;holleym@lanepowell.com
- US TRUSTEE, PORTLAND    USTPRegion18.PL.ECF@usdoj.gov

## NON-ECF PARTICIPANTS

**SECURED CREDITORS**

Baffco Enterprises, LLC
POB 1683
Brush Prairie, WA 98606

Enterprise FM Trust
20400 SW Teton Ave.
Tualatin, OR 97062

**PROPERTY TAX ENTITIES**

Clark County Treasurer
POB 9808
Vancouver, WA 98666-8808

King County Assessments Dept.
500 4th Ave. S. #708
Seattle, WA 98104

Ada County Assessor
190 E. Front St. #107
Boise, ID 83702

Deschutes County Tax Collector
POB 7559
Bend, OR 97701

**TOP 20 UNSECURED CREDITORS**

Cosmos Granite (West), LLC
Susman Godfrey L.L.P.
Attn: Rachel S. Black
1201 Third Ave. #3800
Seattle WA 98101

Cosentino
355 Alhambra Circle, #1000
Coral Gables, FL 33134

Batholite Natural Stone
Attn: Harishu Koya, Registered Agent
302 Well Spring Ct.
Hockessin, DE 19707

Fortuna Granitos Corp.
12614 Torbay Dr.
Boca Raton, FL 33428

Caesarstone
1401 W. Morehead St., #100
Charlotte, NC 28208

American Express
POB 981535
El Paso, TX 79998

Loyalty Enterprise Dev. Co. Ltd
c/o Green & Norwood PLLC
Attn: Matthew D. Green
2722 Eastlake Ave E, #350
Seattle WA 98102

Washington State Dept. of
  Labor & Industries
POB 44000
Olympia, WA 98504-4000

MS International, Inc.
5930 4th Ave. S.
Seattle, WA 98108

Pental Granite & Marble
Attn: Mary Beth Ellis
3900 A Industry Drive E
Fife, WA 98424

GranQuartz
Attn: Tammy Doss
POB 1767
Norcross, GA 30093

Stone Profit Systems, Inc.
U.S. Marketing & Sales Office
1629 North Ashland
Chicago, IL 60622

Carson Oil
PO Box 6030
Portland, OR 97228

Bedrosians Tile & Stone
Attn: Gerard, Credit Department
4285 N Goldenstate Blvd.
Fresno, CA 93722

Heffernan Insurance Brokers
POB 4006
Walnut Creek, CA 94596

Daltile
Attn: Jennifer Bliss
540 S. Front Street
Seattle, WA 98108

Lackmond Products
POB 2045
Kennesaw, GA 30156

Columbia Bank
1301 A St. #100
Tacoma WA 98402

Ferguson Enterprises, Inc.
Attn: Credit Department
2250 N Columbia Blvd.
Portland, OR 97217

Resolution Strategies LLP
515 NW Saltzman Rd., #909
Portland, OR 97229

000646/00045/9693047v1