


Kate Brown, Governor

**Department of Revenue**
955 Center St NE
Salem, OR 97301-2555
www.oregon.gov/dor

| | |
|---|---|
| Date: | July 29, 2019 |
| Letter ID: | L0746151488 |

WALL TO WALL TILE & STONE LLC
1305 W 17TH ST
VANCOUVER WA  98660-2700

## Notice and Demand to File

Debtor: WALL TO WALL TILE & STONE LLC

Bankruptcy Case Number: 19-32600

Account(s) and period(s):

Tri-Met Payroll tax returns for periods:
12/31/2017, 03/31/2017, 03/31/2018, 06/30/2018, 09/30/2018, 12/31/2018, 03/31/2019.

Our records show that you haven't filed the return(s) shown above. This notification is a demand for you to file. You're required by law to file a return when requested by us (ORS 314.370). Please send your tax return(s) and this letter to us at the address above. You should also send a copy of your return to your attorney.

If you don't file the requested return(s), we'll calculate the tax that you owe and charge penalties and interest based on the information we have [ORS 305.265(10)]. We'll then file a claim in your bankruptcy for that amount.

Penalties we may charge:

- 5 percent – failure to pay timely.
- 20 percent – failure to file and pay timely.
- 25 percent – failure to file.
- 100 percent – failure to file for three years in a row.
- 100 percent – failure to file in order to evade tax.

We also charge these penalties if you:

- File a frivolous return – $250.
- Significantly under report your taxable income – 20 percent of the tax that you don't report.

In most cases, total penalty is limited to 100 percent of the unpaid tax.

If you weren't required to file, you must state that reason in writing. Send the signed statement to the address above.

/s/ Kimberly Lively, Bankruptcy Unit
Personal Tax and Compliance
(503) 798-1994

Please Note: We're sending a copy of this to the Bankruptcy Court. The court has advised us that the court may, sua sponte, treat this letter as an objection to confirmation of the plan and make a motion to dismiss. If the returns aren't filed prior to the confirmation hearing, the court will decide at the confirmation hearing whether to dismiss your case or to continue the hearing to allow you to file the returns.


cc:　　Bankruptcy Court
　　　　Bankruptcy Trustee
　　　　Attorney

**Do you have questions or need help?**
www.oregon.gov/dor
(503) 378-4988 or (800) 356-4222
questions.dor@oregon.gov
Contact us for ADA accommodations or assistance in other languages.



**Department of Revenue**
955 Center St NE
Salem, OR 97301-2555
www.oregon.gov/dor

Kate Brown, Governor

# Certificate of Service

Case Number:19-32600
Debtor(s) Name: WALL TO WALL TILE & STONE LLC

---

I certify that on July 29, 2019 copies of the Objection to Confirmation (Notice and Demand to File letter) were mailed to:

Electronically transferred (ECF) to addressee(s) as follows:
Addressee(s):


First class mail to addressee(s) as follows:
Addressee(s):

WALL TO WALL TILE & STONE LLC
1305 W 17TH ST
VANCOUVER WA  98660-2700


/s/ Kimberly Lively, Bankruptcy Unit
Personal Tax and Compliance
Phone: (503) 798-1994
Fax: (503) 945-8735