| 08/05/2019 | MONDAY | Judge David W Hercher |
|---|---|---|

**10:00   19-32600 dwh  11  bk   Wall to Wall Tile & Stone, LLC**

1. Continued Hearing re: Motion For Authority to Use Cash Collateral. Filed by Debtor Wall to Wall Tile & Stone, LLC (Schoen, Ava) (14)

2. Continued Hearing re: Motion For Authority to Obtain Credit. Filed by Debtor Wall to Wall Tile & Stone, LLc (Schoen, Ava) (15)

3. Continued Hearing re: Motion for Order Determining **Adequate Assurance to Utility Companies. Filed by Debtor Wall to Wall Tile & Stone, LLC (SCHOEN, AVA) (8)**

Wall to Wall Tile & Stone, LLC - db   TIMOTHY J CONWAY
US Trustee, Portland - ust

**See Sign in sheet attached**

Evidentiary Hearing:     Yes: ☐     No: ☒

1. Continued Final hearing re: Motion to Use Cash Collateral - 8/20/19 @ 2:30 Ctrm. 3.

2. Continued Final hearing re: Motion to Obtain Credit - 8/20/19 @ 2:30 Ctrm. 3. Ms. Schoen to prepare orders extending Interim Use of Cash Collateral and Motion to Obtain Credit through August 20, 2019 subject to the same terms as the Interim Order.

3. UST's objection re: adequate assurance payments to utility companies is overruled. Ms. Schoen to add a new paragraph to the Order stating " the order applies to utility companies that were served with or had actual notice of the motion."

Run Date:   08/05/19

In Re:

Wall to Wall
Tile & Stone, LLC
Debtor(s)

Case # 19-32600

## List of Persons Attending

Date of Hearing 8/5

| PRINT YOUR NAME | PRINT NAME OF BUSINESS OR PERSON YOU REPRESENT |
|---|---|
| Tim Solomon | Committee (proposed) |
| Steve Arnot | UST |
| Tony Summers | Wells Fargo |
| Aila Schoen | Debtor |
| Howard Bafford | Baffco |
| Ed Hostman | Debtor |
| Tyler Kruckenberg | Debtor |
| phone — Jason Rosell | Creditor Comm |