Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Wall to Wall Tile & Stone, LLC,<br>Wall to Wall Tile & Stone-Oregon LLC, and<br>Wall to Wall Tile & Stone-Idaho LLC,<br><br>Debtors. | Case No. 19-32600-dwh11<br>**LEAD CASE**<br><br>(Jointly Administered with Case Nos. 19-32599-dwh11 and 19-32603-dwh11)<br><br>**ORDER GRANTING DEBTORS' MOTION FOR ORDER DETERMINING ADEQUATE ASSURANCE TO UTILITY COMPANIES** |

THIS MATTER having come before the Court upon Debtors' Motions for Order Determining Adequate Assurance to Utility Companies (the "Motion") [Case No. 19-32600-dwh11 ECF No. 8; Case No. 19-32599-dwh11 ECF No. 8; Case No. 19-32603-dwh11 ECF No. 10]; the Court having reviewed the Motion, the Declaration of James Keller in Support of First Day Pleadings, and the United Sates Trustee's Limited Objection to Debtors Motion for Order Determining Adequate Assurance to Utility Companies [ECF No. 70], and having considered the statements of counsel and the evidence adduced with

**Page 1 of 3** - ORDER GRANTING DEBTORS' MOTION FOR ORDER DETERMINING ADEQUATE ASSURANCE TO UTILITY COMPANIES

respect to the Motion at a hearing before the Court (the "Hearing"); the Court having found that (1) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (2) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (3) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (4) notice of the Motion and the Hearing was sufficient under the circumstances; and after due deliberation the Court having determined that the relief requested in the Motion is in the best interests of Debtors, their estates, and the creditors; and good and sufficient cause having been shown; now, therefore,

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED, and for each utility company that requests a deposit, payment of a deposit equal to one month's average service constitutes adequate assurance of payment in accordance with 11 U.S.C. § 366 unless and until further order of this Court;

2. The amount of such deposits for all or most of Debtors' utilities are set forth on **Exhibit A** attached hereto, although the terms of this Order apply to all of Debtors' utility companies, regardless of whether or not they are listed on the attached **Exhibit A**; and

3. All utility companies are hereby prohibited from altering, refusing, or discontinuing utility service without further order of this Court; provided, however, that this Order is without prejudice to any utility company's right to seek additional or alternative assurance of payment upon further request of this Court.

4. This Order only binds those utility companies who were served with or received actual notice of the Motion.

# # #

Page 2 of 3 - ORDER GRANTING DEBTORS' MOTION FOR ORDER DETERMINING ADEQUATE ASSURANCE TO UTILITY COMPANIES

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

Case 19-32600-dwh11    Doc 82    Filed 08/06/19

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP

By */s/Ava L. Schoen*
    Albert N. Kennedy, OSB NO. 821429
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava L. Schoen, OSB No. 044072
    888 S.W. Fifth Avenue, Suite 1600
    Portland, OR 97204-2099
    Telephone: 503-221-1440
    Facsimile: 503-274-8779
    E-mail: al.kennedy@tonkon.com
        tim.conway@tonkon.com
        michael.fletcher@tonkon.com
        ava.schoen@tonkon.com
    Attorneys for Debtors

cc:    List of Interested Parties

Page 3 of 3 - ORDER GRANTING DEBTORS' MOTION FOR ORDER DETERMINING ADEQUATE ASSURANCE TO UTILITY COMPANIES

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

Case 19-32600-dwh11    Doc 82    Filed 08/06/19

# EXHIBIT A

## UTILITY COMPANIES THAT PROVIDE UTILITY SERVICES TO DEBTORS

## UTILITY COMPANIES THAT PROVIDE UTILITY SERVICES TO DEBTORS

**VANCOUVER, WASHINGTON**

| Utility Provider | Service | Proposed One-Month Deposit |
|---|---|---:|
| Waste Connections Of Washington, Inc. | Garbage | $14,942.37 |
| Clark PUD | Electric | $6,309.20 |
| City Of Vancouver | Water | $449.00 |
| Comcast | Internet | $997.66 |
| Comcast | VOIP/Phone | $3,783.40 |
| NW Natural | Gas | $49.90 |

**KENT, WASHINGTON**

| Utility Provider | Service | Proposed One-Month Deposit |
|---|---|---:|
| Republic Services | Garbage | $1,299.29 |
| Puget Sound Energy | Electric/Gas | $768.18 |

**BOISE, IDAHO**

| Utility Provider | Service | Proposed One-Month Deposit |
|---|---|---:|
| Cable One | Internet | $132.28 |
| City Of Meridian | Water/Sewer/Trash | $4,577.76 |
| Idaho Power Company | Electric | $1,403.82 |

**BEND, OREGON**

| Utility Provider | Service | Proposed One-Month Deposit |
|---|---|---:|
| Bend Broadband | Internet | $215.27 |
| Cascade Disposal | Garbage | $263.64 |
| Pacific Power | Electric | $419.63 |
| Cascade Natural Gas Corporation | Gas | $64.39 |

040202/00003/10190147v1

# CONSOLIDATED LIST OF INTERESTED PARTIES

*In re Wall to Wall Tile & Stone, LLC, Wall to Wall Tile & Stone-Oregon LLC, and Wall to Wall Tile & Stone-Idaho LLC*
U.S. Bankruptcy Court Case No. 19-32600-dwh11 LEAD CASE
(Jointly Administered with Case Nos. 19-32599-dwh11 and 19-32603-dwh11)

## ECF PARTICIPANTS

- TIMOTHY J CONWAY    tim.conway@tonkon.com, candace.duncan@tonkon.com; spencer.fisher@tonkon.com
- MICHAEL W FLETCHER    michael.fletcher@tonkon.com, leslie.hurd@tonkon.com;spencer.fisher@tonkon.com
- ALBERT N KENNEDY    al.kennedy@tonkon.com, leslie.hurd@tonkon.com; spencer.fisher@tonkon.com
- AVA L SCHOEN    ava.schoen@tonkon.com, leslie.hurd@tonkon.com
- BRAD T SUMMERS    summerst@lanepowell.com, docketing-pdx@lanepowell.com;holleym@lanepowell.com
- US TRUSTEE, PORTLAND    USTPRegion18.PL.ECF@usdoj.gov

## NON-ECF PARTICIPANTS

**SECURED CREDITORS**

Baffco Enterprises, LLC
POB 1683
Brush Prairie, WA 98606

Enterprise FM Trust
20400 SW Teton Ave.
Tualatin, OR 97062

**UNSECURED CREDITORS COMMITTEE**

Rogerio Baumgarten
Fortuna Granitos Corp.
12614 Torbay Dr.
Boca Raton, FL 33428

Giselle Maranges
Cosentino North America
355 Alhambra Circle, Suite 1000
Coral Gables, FL 33134

Hari Hara Prasad Nallapaty
Cosmos Granite (West), LLC
8610 S. 212th St.
Kent, WA 98032

**PROPERTY TAX ENTITIES**

Clark County Treasurer
POB 9808
Vancouver, WA 98666-8808

King County Assessments Dept.
500 4th Ave. S. #708
Seattle, WA 98104

Ada County Assessor
190 E. Front St. #107
Boise, ID 83702

Deschutes County Tax Collector
POB 7559
Bend, OR 97701

040202/00003/10190147v1