Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Wall to Wall Tile & Stone, LLC (TIN 9732), Wall to Wall Tile & Stone-Oregon LLC (TIN 1863), and Wall to Wall Tile & Stone-Idaho LLC (TIN 9431),<br><br>                    Debtors. | Case No. 19-32600-dwh11<br>**LEAD CASE**<br><br>(Jointly Administered with Case Nos. 19-32599-dwh11 and 19-32603-dwh11)<br><br>**ORDER EXTENDING DEBTORS' INTERIM USE OF CASH COLLATERAL AND INTERIM AUTHORITY TO OBTAIN UNSECURED CREDIT TO AUGUST 20, 2019** |

THIS MATTER having come before the Court upon Debtor's Motion for

Authority to Use Cash Collateral [ECF Nos. 14 (Washington), 15 (Oregon), and 14 (Idaho)] and

Debtor's Motion for Interim and Final Orders Authorizing Debtors to Obtain Unsecured Credit

[ECF Nos. 15 (Washington), 16 (Oregon), and 12 (Idaho)], the Court having entered an Interim

Order granting Debtor's use of cash collateral [ECF No. 30] and an Interim order authorizing

Debtors to obtain unsecured credit [ECF No. 32], and the Court being otherwise fully advised

and finding good cause; now, therefore:

**Page 1 of 2** - ORDER EXTENDING DEBTORS' INTERIM USE OF CASH COLLATERAL
AND INTERIM AUTHORITY TO OBTAIN UNSECURED CREDIT TO
AUGUST 20, 2019

IT IS HEREBY ORDERED that Debtors are authorized to continue to use cash collateral and obtain unsecured credit under the same terms and conditions as the Order Authorizing Interim Use of Cash Collateral [ECF No. 30] and the Interim Order Authorizing Debtors to Obtain Unsecured Credit [ECF No. 32] until August 20, 2019.

# # #

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP


By /s/ Ava L. Schoen
    Albert N. Kennedy, OSB NO. 821429
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava L. Schoen, OSB No. 044072
    888 S.W. Fifth Avenue, Suite 1600
    Portland, OR 97204-2099
    Telephone:  503-221-1440
    Facsimile:   503-274-8779
    E-mail:      al.kennedy@tonkon.com
                 tim.conway@tonkon.com
                 michael.fletcher@tonkon.com
                 ava.schoen@tonkon.com
    Attorneys for Debtors

cc:    List of Interested Parties

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-32600-dwh11    Doc 84    Filed 08/06/19

<u>**CONSOLIDATED LIST OF INTERESTED PARTIES**</u>

*In re Wall to Wall Tile & Stone, LLC, Wall to Wall Tile & Stone-Oregon LLC,*
*and Wall to Wall Tile & Stone-Idaho LLC*
**U.S. Bankruptcy Court Case No. 19-32600-dwh11 LEAD CASE**
**(Jointly Administered with Case Nos. 19-32599-dwh11 and 19-32603-dwh11)**

## ECF PARTICIPANTS

- TIMOTHY J CONWAY    tim.conway@tonkon.com, candace.duncan@tonkon.com; spencer.fisher@tonkon.com
- MICHAEL W FLETCHER    michael.fletcher@tonkon.com, leslie.hurd@tonkon.com;spencer.fisher@tonkon.com
- ALBERT N KENNEDY    al.kennedy@tonkon.com, leslie.hurd@tonkon.com; spencer.fisher@tonkon.com
- AVA L SCHOEN    ava.schoen@tonkon.com, leslie.hurd@tonkon.com
- BRAD T SUMMERS    summerst@lanepowell.com, docketing-pdx@lanepowell.com;holleym@lanepowell.com
- US TRUSTEE, PORTLAND    USTPRegion18.PL.ECF@usdoj.gov

## NON-ECF PARTICIPANTS

**SECURED CREDITORS**

Baffco Enterprises, LLC
POB 1683
Brush Prairie, WA 98606

Enterprise FM Trust
20400 SW Teton Ave.
Tualatin, OR 97062

**UNSECURED CREDITORS COMMITTEE**

Rogerio Baumgarten
Fortuna Granitos Corp.
12614 Torbay Dr.
Boca Raton, FL 33428

Giselle Maranges
Cosentino North America
355 Alhambra Circle, Suite 1000
Coral Gables, FL 33134

Hari Hara Prasad Nallapaty
Cosmos Granite (West), LLC
8610 S. 212th St.
Kent, WA 98032

**PROPERTY TAX ENTITIES**

Clark County Treasurer
POB 9808
Vancouver, WA 98666-8808

King County Assessments Dept.
500 4th Ave. S. #708
Seattle, WA 98104

Ada County Assessor
190 E. Front St. #107
Boise, ID 83702

Deschutes County Tax Collector
POB 7559
Bend, OR 97701

040202/00003/10245539v1