Albert N. Kennedy, OSB No. 821429 (Lead Attorney)
   Direct Dial:  503.802.2013
   Facsimile:   503.972.3713
   E-Mail:      albert.kennedy@tonkon.com
Timothy J. Conway, OSB No. 851752
   Direct Dial:  (503) 802-2027
   Facsimile:   (503) 972-3727
   E-Mail:      tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
   Direct Dial:  (503) 802-2169
   Facsimile:   (503) 972-3867
   E-Mail:      michael.fletcher@tonkon.com
Ava L. Schoen, OSB No. 044072
   Direct Dial:  (503) 802-2143
   Facsimile:   (503) 972-3843
   E-Mail:      ava.schoen@tonkon.com
TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204-2099

    Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Wall to Wall Tile & Stone, LLC (TIN 9732), Wall to Wall Tile & Stone-Oregon LLC (TIN 1863), and Wall to Wall Tile & Stone-Idaho LLC (TIN 9431),<br><br>              Debtors. | Case No. 19-32600-dwh11<br>**LEAD CASE**<br><br>(Jointly Administered with Case Nos. 19-32599-dwh11 and 19-32603-dwh11)<br><br>**DEBTORS' MOTION TO EXTEND TIME TO FILE INITIAL MONTHLY OPERATING REPORTS** |

      Wall to Wall Tile & Stone, LLC, Wall to Wall Tile & Stone-Oregon LLC, and Wall to Wall Tile & Stone-Idaho LLC, debtors and debtors-in-possession ("Debtors"), hereby move this Court for entry of an order (i) consolidating the reporting periods for the initial monthly operating reports required by FRBP 2015 and (ii) setting September 23, 2019, as the

**Page 1 of 3** - DEBTORS' MOTION TO EXTEND TIME TO FILE INITIAL MONTHLY OPERATING
     REPORTS

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-32600-dwh11    Doc 88    Filed 08/07/19

deadline by which Debtors must file their initial Rule 2015 monthly operating reports ("Monthly Operating Reports"). In support of this motion, Debtors state as follows:

1. On July 16, 2019 (the "Petition Date"), Debtors filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code.

2. On July 18, 2019, the Court entered an Order Directing Joint Administration Pursuant to FRBP 1015(b) of each of the Debtors' cases [Case No. 19-32600-dwh11 ECF No. 24; Case No. 19-32599-dwh11 ECF No. 29; Case No. 19-32603-dwh11 ECF No. 23].

3. Debtors have continued in possession of their property and are continuing to operate and manage their businesses as debtors-in-possession pursuant to Sections 1107(a) and 1108 of Title 11 of the United States Code.

4. No request has been made for the appointment of a trustee or examiner. An official committee of unsecured creditors was appointed in Debtors' cases on July 26, 2019.

5. Without the requested consolidation and extension, Debtors' initial Monthly Operating Reports would be due on August 21, 2019, and would only cover the partial month from the Petition Date through July 31, 2019. With the requested consolidation and extension, Debtors' initial Monthly Operating Reports will be due on September 23, 2019, and will cover the period from the Petition Date through August 31, 2019.

6. Debtors have conferred with the Office of the United States Trustee ("UST") and the UST does not oppose this motion.

7. A copy of the proposed Order Granting Debtors' Motion to Extend Time to File Initial Monthly Operating Reports is attached hereto as **Exhibit 1**.

**Page 2 of 3** - DEBTORS' MOTION TO EXTEND TIME TO FILE INITIAL MONTHLY OPERATING REPORTS

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-32600-dwh11    Doc 88    Filed 08/07/19

WHEREFORE, Debtors respectfully request that they be granted an extension of time through September 23, 2019 within which to file their initial Monthly Operating Reports, and that their initial Monthly Operating Reports cover the time period from the Petition Date through August 31, 2019.

DATED this 7th day of August, 2019.

TONKON TORP LLP

By */s/ Ava L. Schoen*
Albert N. Kennedy, OSB NO. 821429
Timothy J. Conway, OSB No. 851752
Michael W. Fletcher, OSB No. 010448
Ava L. Schoen, OSB No. 044072
Attorneys for Debtors

**Page 3 of 3** - DEBTORS' MOTION TO EXTEND TIME TO FILE INITIAL MONTHLY OPERATING REPORTS

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-32600-dwh11    Doc 88    Filed 08/07/19

# EXHIBIT 1

**PROPOSED FORM OF ORDER**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Wall to Wall Tile & Stone, LLC (TIN 9732), Wall to Wall Tile & Stone-Oregon LLC (TIN 1863), and Wall to Wall Tile & Stone-Idaho LLC (TIN 9431),<br><br>      Debtors. | Case No. 19-32600-dwh11<br>**LEAD CASE**<br><br>(Jointly Administered with Case Nos. 19-32599-dwh11 and 19-32603-dwh11)<br><br>**ORDER GRANTING DEBTORS' MOTION TO EXTEND TIME TO FILE INITIAL MONTHLY OPERATING REPORTS** |

    THIS MATTER having come before the Court upon Debtors' Motion to Extend Time to File Initial Monthly Operating Reports (the "Motion") [ECF No. __], and the Court being duly advised in the premises and finding good cause; now, therefore;

    IT IS HEREBY ORDERED that Debtors shall have an extension of time until September 23, 2019, to file their initial Rule 2015 monthly operating reports, and said initial reports shall cover the time period from July 16, 2019 through August 31, 2019.

# # #

**Page 1 of 2** - ORDER GRANTING DEBTORS' MOTION TO EXTEND TIME TO FILE INITIAL MONTHLY OPERATING REPORTS

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-32600-dwh11    Doc 88    Filed 08/07/19

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP

By _____
    Albert N. Kennedy, OSB NO. 821429
    Timothy J. Conway, OSB No. 851752
    Michael W. Fletcher, OSB No. 010448
    Ava L. Schoen, OSB No. 044072
    888 S.W. Fifth Avenue, Suite 1600
    Portland, OR 97204-2099
    Telephone:  503-221-1440
    Facsimile:  503-274-8779
    E-mail:  al.kennedy@tonkon.com
            tim.conway@tonkon.com
            michael.fletcher@tonkon.com
            ava.schoen@tonkon.com
    Attorneys for Debtors

cc:    List of Interested Parties

**Page 2 of 2** - ORDER GRANTING DEBTORS' MOTION TO EXTEND TIME TO FILE INITIAL MONTHLY OPERATING REPORTS

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-32600-dwh11    Doc 88    Filed 08/07/19

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEBTORS' MOTION TO EXTEND TIME TO FILE INITIAL MONTHLY OPERATING REPORTS** on the parties indicated as "ECF" on the attached List of Interested Parties by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below.

In addition, I served the foregoing on the parties indicated as "Non-ECF" on the attached List of Interested Parties by mailing copies thereof in sealed, first-class postage prepaid envelopes, addressed to the parties' last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below.

DATED this 7th day of August, 2019.

TONKON TORP LLP

By */s/ Ava L. Schoen*
Albert N. Kennedy, OSB NO. 821429
Timothy J. Conway, OSB No. 851752
Michael W. Fletcher, OSB No. 010448
Ava L. Schoen, OSB No. 044072
Attorneys for Debtors

040202/00003/10226283v1

Page 1 of 1 -   CERTIFICATE OF SERVICE

# CONSOLIDATED LIST OF INTERESTED PARTIES

*In re Wall to Wall Tile & Stone, LLC, Wall to Wall Tile & Stone-Oregon LLC, and Wall to Wall Tile & Stone-Idaho LLC*
**U.S. Bankruptcy Court Case No. 19-32600-dwh11 LEAD CASE**
**(Jointly Administered with Case Nos. 19-32599-dwh11 and 19-32603-dwh11)**

## ECF PARTICIPANTS

- TIMOTHY J CONWAY    tim.conway@tonkon.com, candace.duncan@tonkon.com; spencer.fisher@tonkon.com
- MICHAEL W FLETCHER    michael.fletcher@tonkon.com, leslie.hurd@tonkon.com;spencer.fisher@tonkon.com
- ALBERT N KENNEDY    al.kennedy@tonkon.com, leslie.hurd@tonkon.com; spencer.fisher@tonkon.com
- AVA L SCHOEN    ava.schoen@tonkon.com, leslie.hurd@tonkon.com
- BRAD T SUMMERS    summerst@lanepowell.com, docketing-pdx@lanepowell.com;holleym@lanepowell.com
- TIMOTHY A SOLOMON    tsolomon@llg-llc.com, justin-leonard-leonard-law-group-llc-5265@ecf.pacerpro.com
- US TRUSTEE, PORTLAND    USTPRegion18.PL.ECF@usdoj.gov

## NON-ECF PARTICIPANTS

| SECURED CREDITORS | PROPERTY TAX ENTITIES | |
|---|---|---|
| Baffco Enterprises, LLC<br>POB 1683<br>Brush Prairie, WA 98606 | Clark County Treasurer<br>POB 9808<br>Vancouver, WA 98666-8808 | Ada County Assessor<br>190 E. Front St. #107<br>Boise, ID 83702 |
| Enterprise FM Trust<br>20400 SW Teton Ave.<br>Tualatin, OR 97062 | King County Assessments Dept.<br>500 4th Ave. S. #708<br>Seattle, WA 98104 | Deschutes County Tax Collector<br>POB 7559<br>Bend, OR 97701 |

040202/00003/10192884v2