Albert N. Kennedy, OSB No. 821429 (Lead Attorney)
    Direct Dial:  503.802.2013
    Facsimile:   503.972.3713
    E-Mail:     albert.kennedy@tonkon.com
Timothy J. Conway, OSB No. 851752
    Direct Dial:  (503) 802-2027
    Facsimile:   (503) 972-3727
    E-Mail:     tim.conway@tonkon.com
Michael W. Fletcher, OSB No. 010448
    Direct Dial:  (503) 802-2169
    Facsimile:   (503) 972-3867
    E-Mail:     michael.fletcher@tonkon.com
Ava L. Schoen, OSB No. 044072
    Direct Dial:  (503) 802-2143
    Facsimile:   (503) 972-3843
    E-Mail:     ava.schoen@tonkon.com
TONKON TORP LLP
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204-2099

    Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Wall to Wall Tile & Stone, LLC (TIN 9732), Wall to Wall Tile & Stone-Oregon LLC (TIN 1863), and Wall to Wall Tile & Stone-Idaho LLC (TIN 9431),<br><br>              Debtors. | Case No. 19-32600-dwh11<br>**LEAD CASE**<br><br>(Jointly Administered with Case Nos. 19-32599-dwh11 and 19-32603-dwh11)<br><br>**DEBTORS' CASE MANAGEMENT CONFERENCE DOCUMENTS** |

       Pursuant to the Order Scheduling Case Management Conference dated July 25, 2019 [ECF No. 53], attached hereto are the following documents:

       1.    Debtors' consolidated financial projections for the upcoming 120 days are attached as **Exhibit 1**.

Page 1 of 2    DEBTORS' CASE MANAGEMENT CONFERENCE DOCUMENTS

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-32600-dwh11    Doc 103    Filed 08/13/19

2. Debtors' consolidated financial statements for the years ended December 31, 2016, December 31, 2017, and December 31, 2018, as well as consolidated financial statements for the current year through July 31, 2019, are attached as **Exhibit 2**.

3. Debtors' revenue from July 16, 2019 to August 9, 2019 was $1,554,639.85, and total post-petition expenses, excluding bankruptcy-related professional fees, were $2,687,897.04, of which, as of August 9, 2019, $2,588,178.03 has been paid and $99,719.01 is unpaid.

4. Debtors anticipate incurring professional fees for (a) their bankruptcy attorneys, Tonkon Torp LLP ("Tonkon Torp"); (b) their financial consultants, Edward Hostmann, Inc. ("EHI"); and (c) their accountants, Bennington & Moshofsky, P.C. ("Bennington & Moshofsky"). An official committee of unsecured creditors (the "Committee") was appointed in Debtors' cases on July 26, 2019. Tonkon Torp, EHI, and Bennington & Moshofsky estimate their fees as follows:

| Professional | July/August | September | October | November | December | January | Total |
|---|---|---|---|---|---|---|---|
| Tonkon Torp | $110,000 | $60,000 | $50,000 | $40,000 | $20,000 | $20,000 | $300,000 |
| EHI | $100,000 | $60,000 | $50,000 | $40,000 | $20,000 | $20,000 | $290,000 |
| Bennington Moshofsky | $25,000 | $15,000 | $12,000 | $12,000 | $12,000 | $12,000 | $88,000 |

DATED this 13th day of August, 2019.

TONKON TORP LLP


By */s/ Albert N. Kennedy*
Albert N. Kennedy, OSB NO. 821429
Timothy J. Conway, OSB No. 851752
Michael W. Fletcher, OSB No. 010448
Ava L. Schoen, OSB No. 044072
Attorneys for Debtors

Page 2 of 2    DEBTORS' CASE MANAGEMENT CONFERENCE DOCUMENTS

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-32600-dwh11    Doc 103    Filed 08/13/19

# EXHIBIT 1

# Wall to Wall Tile and Stone, LLC
ESTIMATED CASH FLOW FORECAST POST-PETITION

120 Day Forecast - August 20th
For the weeks ending:

| | | 8/25/2019 | 9/1/2019 | 9/8/2019 | 9/15/2019 | 9/22/2019 | 9/29/2019 | 10/6/2019 |
|---|---|---|---|---|---|---|---|---|
| DAY/WEEK #: | | WEEK 1 | WEEK 2 | WEEK 3 | WEEK 4 | WEEK 5 | WEEK 6 | WEEK 7 |
| DATE: | | PROJECTED | PROJECTED | PROJECTED | PROJECTED | PROJECTED | PROJECTED | PROJECTED |
| Sales | | 662,927 | 662,927 | 565,934 | 707,418 | 707,418 | 707,418 | 655,599 |
| Beginning Cash Balance | | 200,000 | 53,382 | 8,863 | 11,694 | 451,608 | 42,117 | 213,619 |
| Cash Receipts | | 814,912 | 514,912 | 885,586 | 894,952 | 585,586 | 585,586 | 893,641 |
| Cash Disbursements | | (961,530) | (559,431) | (882,755) | (455,038) | (995,076) | (414,084) | (1,038,058) |
| Ending Cash Balance | | 53,382 | 8,863 | 11,694 | 451,608 | 42,117 | 213,619 | 69,202 |
| **CASH RECEIPTS:** | | | | | | | | |
| Accounts Receivable | | 514,912 | 514,912 | 585,586 | 894,952 | 585,586 | 585,586 | 593,641 |
| Post-petition Financing | | 300,000 | - | 300,000 | - | - | - | 300,000 |
| **TOTAL CASH RECEIPTS** | | 814,912 | 514,912 | 885,586 | 894,952 | 585,586 | 585,586 | 893,641 |
| **CASH DISBURSEMENTS:** | | | | | | | | |
| **COST OF GOODS SOLD:** | | | | | | | | |
| MATERIAL PURCHASES | | 265,171 | 226,374 | 282,967 | 282,967 | 282,967 | 262,239 | 257,058 |
| **TOTAL COST OF GOODS SOLD** | | 265,171 | 226,374 | 282,967 | 282,967 | 282,967 | 262,239 | 257,058 |
| **OPERATING COSTS:** | | | | | | | | |
| PAYROLL, PAYROLL TAXES, PAYROLL FEES | | 539,938 | - | 539,938 | - | 539,938 | - | 539,938 |
| INSURANCE - W/C & HEALTH | 715X | | 66,100 | | 8,900 | | 65,000 | 1,100 |
| VEHICLE | 721X | 11,500 | 11,500 | 11,500 | 11,500 | 11,500 | 11,500 | 11,500 |
| SUPPLIES | 723X | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| INSURANCE - PROPERTY/LIABILITY | | - | - | - | 38,093 | - | - | - |
| FF&E LEASE/RENTAL | 7241 | - | 3,000 | - | - | - | 3,000 | - |
| FF&E NON-CAP, R&M | 7243, 7246 | 3,800 | 3,800 | 3,800 | 3,800 | 3,800 | 3,800 | 3,800 |
| CUSTOMER SITE OVERHEAD | 726X | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| LANDING COSTS - FOREIGN SERVICES | 729X | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 |
| FACILITY RENT & CAM's | 731X | | 100,492 | | 18,214 | | | 100,492 |
| FACILITY REPAIR & MAINTENANCE | 732X | 400 | 400 | 400 | 400 | 400 | 400 | 400 |
| UTILITIES | 735X | - | - | - | - | 13,500 | - | - |
| FACILITY SERVICES | 736X | 27,200 | - | - | - | 27,200 | - | - |
| TAXES, FEES, LICENSES | | 25,500 | 500 | 500 | 500 | 25,500 | 500 | 500 |
| TRAVEL, M&E | | - | 12,500 | - | 12,500 | - | 12,500 | - |
| COMMUNICATION | 742X | - | - | - | 13,500 | - | - | - |
| POSTAGE & DELIVERY | 743X | 575 | 575 | 575 | 575 | 575 | 575 | 575 |
| CREDIT CARD MERCHANT FEES | 7441 | - | - | - | 8,500 | - | - | - |
| OUTSIDE SERVICES | 745X | 425 | 1,675 | 425 | 1,675 | 2,675 | 1,675 | 425 |
| EMPLOYEE TRAINING, CONFERENCES, DUES & SUBSCRIPTIONS | 746X | 150 | 150 | 150 | 150 | 150 | 150 | 150 |
| COMPUTER SYSTEMS | 747X | - | 10,245 | - | 1,000 | - | 10,245 | - |
| ADVERTISING & MARKETING | | - | - | - | 3,000 | - | - | - |
| DEPOSITS & PREPAYS | | - | - | - | - | - | - | - |
| LEGAL FEES | 7455 | - | - | - | - | - | - | - |
| EHI FEES | | - | - | - | - | - | - | - |
| ACCOUNTING FEES | | - | - | - | - | - | - | - |
| CREDITORS COMMITTEE PROF FEES | | - | - | - | - | - | - | - |
| ADEQUATE PROTECTION PAYMENT | 81XX | - | 23,000 | - | - | - | - | 23,000 |
| **TOTAL OPERATING EXPENSES** | | 641,988 | 266,437 | 589,788 | 154,807 | 657,738 | 141,845 | 714,381 |
| **ADDITIONAL CASH OUTFLOWS** | | | | | | | | |
| ASSET PURCHASES | | - | - | - | - | - | - | - |
| LOAN PAYMENTS - WELLS FARGO EQUIPMENT FINANCE | | - | 56,620 | - | 7,264 | - | - | 56,620 |
| LOAN PAYMENTS - ENTERPRISE | | 44,371 | - | - | - | 44,371 | - | - |
| MISCELLANEOUS | | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| US TRUSTEE FEES | | - | - | - | - | - | - | - |
| **TOTAL ADDITIONAL CASH OUTFLOWS** | | 54,371 | 66,620 | 10,000 | 17,264 | 54,371 | 10,000 | 66,620 |
| **TOTAL CASH DISBURSEMENTS** | | 961,530 | 559,431 | 882,755 | 455,038 | 995,076 | 414,084 | 1,038,058 |
| **NET CASH INFLOW/(OUTFLOW)** | | (146,618) | (44,519) | 2,830 | 439,914 | (409,490) | 171,501 | (144,417) |
| **PROJECTED LOC BALANCE** | | | | | | | | |
| BEGINNING LOC BALANCE | | 6,563,565 | 6,563,565 | 6,563,565 | 6,563,565 | 6,563,565 | 6,563,565 | 6,563,565 |
| Less: Collections Received | | - | - | - | - | - | - | - |
| Plus: Cash disbursements | | - | - | - | - | - | - | - |
| ENDING LOC BALANCE | | 6,563,565 | 6,563,565 | 6,563,565 | 6,563,565 | 6,563,565 | 6,563,565 | 6,563,565 |
| **AVAILABILITY (OVER-ADVANCE)** | | (729,544) | (635,991) | (569,977) | (791,273) | (699,899) | (617,853) | (544,180) |

Disclaimer: These projections are based on historical data supplied by debtor and estimates made by debtor management and EHI. Material changes in this data or estimates may substantially alter the findings. See attached List of assumptions and notes.

**EXHIBIT 1**
**Page 1 of 3**

Case 19-32600-dwh11    Doc 103    Filed 08/13/19

# Wall to Wall Tile and Stone, LLC
ESTIMATED CASH FLOW FORECAST POST-PETITION

120 Day Forecast - August 20th
For the weeks ending:

| | 10/13/2019 | 10/20/2019 | 10/27/2019 | 11/3/2019 | 11/10/2019 | 11/17/2019 | 11/24/2019 | 12/1/2019 |
|---|---|---|---|---|---|---|---|---|
| DAY/WEEK #: | WEEK 8 | WEEK 9 | WEEK 10 | WEEK 11 | WEEK 12 | WEEK 13 | WEEK 14 | WEEK 15 |
| DATE: | PROJECTED | PROJECTED | PROJECTED | PROJECTED | PROJECTED | PROJECTED | PROJECTED | PROJECTED |
| Sales | 642,644 | 642,644 | 642,644 | 655,028 | 704,563 | 704,563 | 704,563 | 422,738 |
| Beginning Cash Balance | 69,202 | 585,429 | 129,260 | 104,291 | 44,621 | 34,949 | 151,583 | 43,159 |
| Cash Receipts | 907,263 | 593,641 | 593,641 | 570,530 | 871,942 | 570,530 | 770,530 | 611,425 |
| Cash Disbursements | (391,035) | (1,049,810) | (618,611) | (630,199) | (881,613) | (453,896) | (878,954) | (572,647) |
| Ending Cash Balance | 585,429 | 129,260 | 104,291 | 44,621 | 34,949 | 151,583 | 43,159 | 81,936 |
| **CASH RECEIPTS:** | | | | | | | | |
| Accounts Receivable | 907,263 | 593,641 | 593,641 | 570,530 | 871,942 | 570,530 | 570,530 | 611,425 |
| Post-petition Financing | - | - | - | - | - | - | 200,000 | - |
| **TOTAL CASH RECEIPTS** | 907,263 | 593,641 | 593,641 | 570,530 | 871,942 | 570,530 | 770,530 | 611,425 |
| **CASH DISBURSEMENTS:** | | | | | | | | |
| **COST OF GOODS SOLD:** | | | | | | | | |
| MATERIAL PURCHASES | 257,058 | 257,058 | 262,011 | 281,825 | 281,825 | 281,825 | 169,095 | 239,590 |
| **TOTAL COST OF GOODS SOLD** | 257,058 | 257,058 | 262,011 | 281,825 | 281,825 | 281,825 | 169,095 | 239,590 |
| **OPERATING COSTS:** | | | | | | | | |
| PAYROLL, PAYROLL TAXES, PAYROLL FEES | - | 584,738 | - | - | 539,938 | - | 539,938 | - |
| INSURANCE - W/C & HEALTH | 8,900 | - | 280,000 | - | - | 8,900 | - | 66,100 |
| VEHICLE | 11,500 | 11,500 | 11,500 | 11,500 | 11,500 | 11,500 | 11,500 | 11,500 |
| SUPPLIES | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| INSURANCE - PROPERTY/LIABILITY | - | 38,093 | - | - | - | 38,093 | - | - |
| FF&E LEASE/RENTAL | - | - | 3,000 | - | - | - | - | 3,000 |
| FF&E NON-CAP, R&M | 3,800 | 3,800 | 3,800 | 3,800 | 3,800 | 3,800 | 3,800 | 3,800 |
| CUSTOMER SITE OVERHEAD | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| LANDING COSTS - FOREIGN SERVICES | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 |
| FACILITY RENT & CAM's | 18,214 | - | - | 100,492 | - | 18,214 | - | 100,492 |
| FACILITY REPAIR & MAINTENANCE | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 |
| UTILITIES | - | 13,500 | - | - | - | - | 13,500 | - |
| FACILITY SERVICES | - | 27,200 | - | - | - | - | 27,200 | - |
| TAXES, FEES, LICENSES | 500 | 25,500 | 500 | 500 | 500 | 500 | 25,500 | 500 |
| TRAVEL, M&E | 12,500 | - | 12,500 | 12,500 | - | 12,500 | - | 12,500 |
| COMMUNICATION | 13,500 | - | - | - | - | 13,500 | - | - |
| POSTAGE & DELIVERY | 575 | 575 | 575 | 575 | 575 | 575 | 575 | 575 |
| CREDIT CARD MERCHANT FEES | 8,500 | - | - | - | - | 8,500 | - | - |
| OUTSIDE SERVICES | 1,675 | 425 | 1,675 | 1,675 | 425 | 1,675 | 425 | 1,675 |
| EMPLOYEE TRAINING, CONFERENCES, DUES & SUBSCRIPTIONS | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 |
| COMPUTER SYSTEMS | 1,000 | - | - | 10,245 | - | 1,000 | - | 10,245 |
| ADVERTISING & MARKETING | 3,000 | - | - | - | - | 3,000 | - | - |
| DEPOSITS & PREPAYS | - | - | - | - | - | - | - | - |
| LEGAL FEES | - | - | - | - | - | - | - | - |
| EHI FEES | - | - | - | - | - | - | - | - |
| ACCOUNTING FEES | - | - | - | - | - | - | - | - |
| CREDITORS COMMITTEE PROF FEES | - | - | - | - | - | - | - | - |
| ADEQUATE PROTECTION PAYMENT | - | - | - | 23,000 | - | - | - | 23,000 |
| **TOTAL OPERATING EXPENSES** | 116,714 | 738,381 | 346,600 | 197,337 | 589,788 | 154,807 | 655,488 | 266,437 |
| **ADDITIONAL CASH OUTFLOWS** | | | | | | | | |
| ASSET PURCHASES | - | - | - | | | | | |
| LOAN PAYMENTS - WELLS FARGO EQUIPMENT FINANCE | 7,264 | - | - | 56,620 | | 7,264 | | 56,620 |
| LOAN PAYMENTS - ENTERPRISE | - | 44,371 | - | | | | 44,371 | |
| MISCELLANEOUS | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| US TRUSTEE FEES | - | - | - | 84,417 | | | | |
| **TOTAL ADDITIONAL CASH OUTFLOWS** | 17,264 | 54,371 | 10,000 | 151,037 | 10,000 | 17,264 | 54,371 | 66,620 |
| **TOTAL CASH DISBURSEMENTS** | 391,035 | 1,049,810 | 618,611 | 630,199 | 881,613 | 453,896 | 878,954 | 572,647 |
| **NET CASH INFLOW/(OUTFLOW)** | 516,227 | (456,169) | (24,970) | (59,669) | (9,672) | 116,634 | (108,424) | 38,778 |
| **PROJECTED LOC BALANCE** | | | | | | | | |
| BEGINNING LOC BALANCE | 6,563,565 | 6,563,565 | 6,563,565 | 6,563,565 | 6,563,565 | 6,563,565 | 6,563,565 | 6,563,565 |
| Less: Collections Received | - | - | - | - | - | - | - | - |
| Plus: Cash disbursements | - | - | - | - | - | - | - | - |
| ENDING LOC BALANCE | 6,563,565 | 6,563,565 | 6,563,565 | 6,563,565 | 6,563,565 | 6,563,565 | 6,563,565 | 6,563,565 |
| **AVAILABILITY (OVER-ADVANCE)** | (735,260) | (698,508) | (659,526) | (594,295) | (748,065) | (647,540) | (597,744) | (546,896) |

Disclaimer: These projections are based on historical data supplied by debtor and estimates made by debtor management and EHI. Material changes in this data or estimates may substantially alter the findings. See attached List of assumptions and notes.

**EXHIBIT 1**
**Page 2 of 3**

# Wall to Wall Tile and Stone, LLC
ESTIMATED CASH FLOW FORECAST POST-PETITION

120 Day Forecast - August 20th
For the weeks ending:

| | 12/8/2019 | 12/15/2019 | 12/22/2019 | 12/29/2019 |
|---|---|---|---|---|
| DAY/WEEK #: | WEEK 16 | WEEK 17 | WEEK 18 | WEEK 19 |
| DATE: | PROJECTED | PROJECTED | PROJECTED | PROJECTED |
| Sales | 598,975 | 598,975 | 598,975 | 479,180 |
| Beginning Cash Balance | 81,936 | 28,983 | 551,763 | 259,407 |
| Cash Receipts | 811,425 | 934,441 | 611,425 | 922,738 |
| Cash Disbursements | (864,378) | (411,661) | (903,781) | (1,085,893) |
| Ending Cash Balance | 28,983 | 551,763 | 259,407 | 96,251 |
| **CASH RECEIPTS:** | | | | |
| Accounts Receivable | 611,425 | 934,441 | 611,425 | 422,738 |
| Post-petition Financing | 200,000 | - | - | 500,000 |
| **TOTAL CASH RECEIPTS** | 811,425 | 934,441 | 611,425 | 922,738 |
| **CASH DISBURSEMENTS:** | | | | |
| **COST OF GOODS SOLD:** | | | | |
| MATERIAL PURCHASES | 239,590 | 239,590 | 191,672 | 95,836 |
| **TOTAL COST OF GOODS SOLD** | 239,590 | 239,590 | 191,672 | 95,836 |
| **OPERATING COSTS:** | | | | |
| PAYROLL, PAYROLL TAXES, PAYROLL FEES | 539,938 | - | 539,938 | - |
| INSURANCE - W/C & HEALTH | - | 8,900 | - | 66,100 |
| VEHICLE | 11,500 | 11,500 | 11,500 | 11,500 |
| SUPPLIES | 25,000 | 25,000 | 25,000 | 25,000 |
| INSURANCE - PROPERTY/LIABILITY | - | 38,093 | - | - |
| FF&E LEASE/RENTAL | - | - | - | 3,000 |
| FF&E NON-CAP, R&M | 3,800 | 3,800 | 3,800 | 3,800 |
| CUSTOMER SITE OVERHEAD | 1,500 | 1,500 | 1,500 | 1,500 |
| LANDING COSTS - FOREIGN SERVICES | 6,000 | 6,000 | 6,000 | 6,000 |
| FACILITY RENT & CAM's | | 18,214 | | 100,492 |
| FACILITY REPAIR & MAINTENANCE | 400 | 400 | 400 | 400 |
| UTILITIES | - | - | 13,500 | - |
| FACILITY SERVICES | - | - | 27,200 | - |
| TAXES, FEES, LICENSES | 500 | 500 | 25,500 | 500 |
| TRAVEL, M&E | - | 12,500 | - | 12,500 |
| COMMUNICATION | - | 13,500 | - | - |
| POSTAGE & DELIVERY | 575 | 575 | 575 | 575 |
| CREDIT CARD MERCHANT FEES | | 8,500 | | |
| OUTSIDE SERVICES | 425 | 1,675 | 2,675 | 1,675 |
| EMPLOYEE TRAINING, CONFERENCES, DUES & SUBSCRIPTIONS | 150 | 150 | 150 | 150 |
| COMPUTER SYSTEMS | 25,000 | 1,000 | - | 10,245 |
| ADVERTISING & MARKETING | - | 3,000 | - | - |
| DEPOSITS & PREPAYS | - | - | - | - |
| LEGAL FEES | - | - | - | 220,000 |
| EHI FEES | - | - | - | 210,000 |
| ACCOUNTING FEES | - | - | - | 52,000 |
| CREDITORS COMMITTEE PROF FEES | - | - | - | 175,000 |
| ADEQUATE PROTECTION PAYMENT | | | | 23,000 |
| **TOTAL OPERATING EXPENSES** | 614,788 | 154,807 | 657,738 | 923,437 |
| **ADDITIONAL CASH OUTFLOWS** | | | | |
| ASSET PURCHASES | | | | |
| LOAN PAYMENTS - WELLS FARGO | | 7,264 | | 56,620 |
| EQUIPMENT FINANCE | | | | |
| LOAN PAYMENTS - ENTERPRISE | | | 44,371 | |
| MISCELLANEOUS | 10,000 | 10,000 | 10,000 | 10,000 |
| US TRUSTEE FEES | | | | |
| **TOTAL ADDITIONAL CASH OUTFLOWS** | 10,000 | 17,264 | 54,371 | 66,620 |
| **TOTAL CASH DISBURSEMENTS** | 864,378 | 411,661 | 903,781 | 1,085,893 |
| **NET CASH INFLOW/(OUTFLOW)** | (52,954) | 522,781 | (292,356) | (163,156) |
| **PROJECTED LOC BALANCE** | | | | |
| BEGINNING LOC BALANCE | 6,563,565 | 6,563,565 | 6,563,565 | 6,563,565 |
| Less: Collections Received | - | - | - | - |
| Plus: Cash disbursements | - | - | - | - |
| **ENDING LOC BALANCE** | 6,563,565 | 6,563,565 | 6,563,565 | 6,563,565 |
| **AVAILABILITY (OVER-ADVANCE)** | (656,689) | (908,289) | (939,189) | (871,700) |

Disclaimer: These projections are based on historical data supplied by debtor and estimates made by debtor management and EHI. Material changes in this data or estimates may substantially alter the findings. See attached List of assumptions and notes.

**EXHIBIT 1**
**Page 3 of 3**

Case 19-32600-dwh11    Doc 103    Filed 08/13/19

# EXHIBIT 2

WALL TO WALL TILE AND STONE, LLC AND SUBSIDIARIES
CONSOLIDATED BALANCE SHEET
(SEE INDEPENDENT ACCOUNTANTS' REVIEW REPORT)

ASSETS

December 31, 2016

| | |
|---|---:|
| **Current assets** | |
| Cash | $ 1,095,641 |
| Accounts receivable, net | 2,563,437 |
| Inventories | 3,280,260 |
| Prepaid expenses and other current assets | 293,579 |
| Total current assets | 7,232,917 |
| **Property and equipment, net** | 5,101,505 |
| **Deposits and other noncurrent assets** | 65,441 |
| | $ 12,399,863 |

LIABILITIES AND MEMBER'S EQUITY

| | |
|---|---:|
| **Current liabilities** | |
| Line of credit | $ 946,051 |
| Current portion of long-term debt | 589,763 |
| Current portion of capital lease obligations | 52,901 |
| Accounts payable | 4,877,397 |
| Accrued expenses | 957,631 |
| Deferred rent and lease incentives | 49,725 |
| Billings in excess of costs and estimated earnings on uncompleted contracts | 976,635 |
| Total current liabilities | 8,450,103 |
| **Deferred rent and lease incentives** | 219,973 |
| **Long-term debt, net of current portion** | 2,793,342 |
| **Capital lease obligations, net of current portion** | 180,826 |
| | 11,644,244 |

**Commitments and contingencies**

| | |
|---|---:|
| **Member's equity** | |
| Wall to Wall Tile and Stone, LLC | 1,820,463 |
| Noncontrolling interests | ( 1,064,844) |
| | 755,619 |
| | $ 12,399,863 |

WALL TO WALL TILE AND STONE, LLC AND SUBSIDIARIES
CONSOLIDATED STATEMENT OF OPERATIONS
(SEE INDEPENDENT ACCOUNTANTS' REVIEW REPORT)

| Year Ended, December 31, 2016 | Amount | Percentage of revenues |
|---|---|---|
| Revenues | $ 31,978,076 | 100.0% |
| Cost of revenues | 28,437,933 | 88.9 |
| Gross profit | 3,540,143 | 11.1 |
| Selling, general and administrative | 4,033,286 | 12.6 |
| Loss from operations | ( 493,143) | ( 1.5 ) |
| Other income (expense) | | |
| Interest expense | ( 115,600) | ( 0.4 ) |
| Gain on sale of assets | 34,904 | 0.1 |
| | ( 80,696) | ( 0.3 ) |
| Net loss | ( 573,839) | ( 1.8 ) |
| Net loss attributable to noncontrolling interests | 1,056,423 | 3.3 |
| Net income attributable to Wall to Wall Tile and Stone, LLC | $ 482,584 | 1.5% |

*Draft for Management Discussion Only; Engagement is Incomplete; Draft is Subject to Revision and NOT for Distribution*

## ASSETS

| December 31, | 2018 | 2017 |
|---|---:|---:|
| **Current assets** | | |
| Cash | $ 1,670 | $ 22,083 |
| Accounts receivable, net | 3,455,779 | 2,639,159 |
| Inventories, net | 9,317,203 | 9,949,368 |
| Prepaid expenses and other current assets | 144,888 | 132,900 |
| Total current assets | 12,919,540 | 12,743,510 |
| **Property and equipment, net** | 4,264,049 | 4,778,386 |
| **Deposits and other noncurrent assets** | 180,376 | 97,273 |
| | $ 17,363,965 | $ 17,619,169 |

## LIABILITIES AND MEMBER'S EQUITY (DEFICIT)

| | 2018 | 2017 |
|---|---:|---:|
| **Current liabilities** | | |
| Line of credit | $ 6,845,851 | $ 1,756,051 |
| Current portion of long-term debt | 781,155 | 797,160 |
| Current portion of capital lease obligations | 60,121 | 56,528 |
| Current portion of legal settlement obligation | 3,300,000 | |
| Accounts payable | 6,172,671 | 7,954,867 |
| Accrued expenses | 886,371 | 786,072 |
| Current portion of deferred rent | 61,620 | 43,686 |
| Unearned revenue | 862,542 | 290,910 |
| Total current liabilities | 18,970,331 | 11,685,274 |
| **Long-term debt, net of current portion** | 3,954,008 | 2,177,538 |
| **Capital lease obligations, net of current portion** | 63,943 | 124,061 |
| **Legal settlement obligation, net of current portion** | 1,200,000 | 1,500,000 |
| **Deferred rent, net of current portion** | 221,122 | 281,422 |
| | 24,409,404 | 15,768,295 |
| **Commitments and contingencies** | | |
| **Member's equity (deficit)** | | |
| Wall to Wall Tile and Stone, LLC | ( 8,229,618) | 2,851,323 |
| Noncontrolling interests | 1,184,179 | ( 1,000,449) |
| Consolidated | ( 7,045,439) | 1,850,874 |
| | $ 17,363,965 | $ 17,619,169 |

*Draft for Management Discussion Only; Engagement is Incomplete; Draft is Subject to Revision and NOT for Distribution*

| Years Ended December 31, | 2018 Amount | Percentage of revenues | 2017 Amount | Percentage of revenues |
|---|---|---|---|---|
| **Revenues** | $ 37,119,120 | 100.0% | $ 35,902,808 | 100.0% |
| **Cost of revenues** | 31,446,801 | 84.7 | 28,927,071 | 80.6 |
| **Gross profit** | 5,672,319 | 15.3 | 6,975,737 | 19.4 |
| **Selling, general and administrative** | 5,359,084 | 14.4 | 4,639,715 | 12.9 |
| **Income from operations** | 313,235 | 0.9 | 2,336,022 | 6.5 |
| **Other income (expense)** | | | | |
| Interest expense | ( 476,414) | ( 1.3 ) | ( 238,748) | ( 0.7 ) |
| Gain (loss) on sale of assets | ( 6,540) | | 82,210 | 0.2 |
| Legal settlement and related expenses | ( 8,183,534) | ( 22.0 ) | ( 692,704) | ( 1.9 ) |
| | ( 8,666,488) | ( 23.3 ) | ( 849,242) | ( 2.4 ) |
| **Net income (loss)** | ( 8,353,253) | ( 22.4 ) | 1,486,780 | 4.1 |
| **Less net income attributable to noncontrolling interests** | 2,201,692 | 5.9 | 116,289 | 0.3 |
| **Net income (loss) attributable to Wall to Wall Tile and Stone, LLC** | ($ 10,554,945) | ( 28.3%) | $ 1,370,491 | 3.8% |

**WALL TO WALL TILE AND STONE, LLC AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
**FOR THE PERIOD ENDED JULY 31, 2019**

| | |
|---|---:|
| **Revenues** | 18,863,310 |
| **Cost of Revenues** | 13,799,765 |
| **Gross Profit** | 5,063,546 |
| Selling, general and administrative | 8,517,345 |
| Income from operations | (3,453,799) |
| **Other income (expense)** | |
|     Interest expense | (413,846) |
|     Other expense | 3,231 |
|     Interest income | 8,365 |
|     Gain (loss) on sale of assets | (551,582) |
|     Legal settlement and related expenses | - |
| **Total other income (expense)** | (953,832) |
| **Net Income (loss)** | (4,407,631) |

\* Numbers may not add to due rounding

EXHIBIT 2
Page 5 of 7

Case 19-32600-dwh11    Doc 103    Filed 08/13/19

**WALL TO WALL TILE AND STONE, LLC AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**
**AS OF JULY 31, 2019**

**ASSETS**
**Current Assets**

| | |
|---|---:|
| Cash | 209,447 |
| Accounts receivable, net | 3,091,471 |
| Inventories, net | 8,349,253 |
| Prepaid expenses and other current assets | 499,411 |
| **Total Current Assets** | 12,149,582 |
| | |
| **Property and equipment, net** | 4,451,708 |
| **Deposits and other noncurrent assets** | 90,187 |
| **Total Assets** | 16,691,477 |

**LIABILITIES AND MEMBER'S EQUITY (DEFICIT)**

**Current liabilities**

| | |
|---|---:|
| Line of credit | 6,563,565 |
| Current portion of long-term debt | 668,895 |
| Current portion of capital lease obligation | 54,613 |
| Current portion of legal settlement obligation | 3,300,000 |
| Accounts payable | 723,894 |
| Accrued expenses | 5,974,829 |
| Current portion of deferred rent | 61,620 |
| Unearned revenue | 1,157,407 |
| **Total current liabilities** | 18,504,822 |
| | |
| **Long-term debt, net of current portion** | 6,819,671 |
| **Capital lease obligations, net of current portion** | 1,581,485 |
| **Legal settlement obligation, net of current portion** | 1,200,000 |
| **Deferred rent, net of current portion** | 221,122 |
| **Total Liabilities** | 28,327,100 |

**Member's equity (deficit)**

| | |
|---|---:|
| Wall to Wall Tile and Stone, LLC | (11,635,623) |
| Noncontrolling interests | |
| Total Members Equity | (11,635,623) |
| Total Liabilities and Members Equity | 16,691,477 |

EXHIBIT 2
Page 6 of 7

\* Numbers may not add to due rounding

EXHIBIT 2
Page 7 of 7

Case 19-32600-dwh11    Doc 103    Filed 08/13/19

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **DEBTORS' CASE MANAGEMENT CONFERENCE DOCUMENTS** on the parties indicated as "ECF" on the attached List of Interested Parties by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below.

In addition, I served the foregoing on the parties indicated as "Non-ECF" on the attached List of Interested Parties by mailing copies thereof in sealed, first-class postage prepaid envelopes, addressed to the parties' last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below.

DATED this 13th day of August, 2019.

TONKON TORP LLP

By */s/ Albert N. Kennedy*
Albert N. Kennedy, OSB NO. 821429
Timothy J. Conway, OSB No. 851752
Michael W. Fletcher, OSB No. 010448
Ava L. Schoen, OSB No. 044072
Attorneys for Debtors

040202/00003/10259144v2

Page 1 of 1 - CERTIFICATE OF SERVICE

# CONSOLIDATED LIST OF INTERESTED PARTIES

*In re Wall to Wall Tile & Stone, LLC, Wall to Wall Tile & Stone-Oregon LLC, and Wall to Wall Tile & Stone-Idaho LLC*
U.S. Bankruptcy Court Case No. 19-32600-dwh11 LEAD CASE
(Jointly Administered with Case Nos. 19-32599-dwh11 and 19-32603-dwh11)

## ECF PARTICIPANTS

- TIMOTHY J CONWAY    tim.conway@tonkon.com, candace.duncan@tonkon.com; spencer.fisher@tonkon.com
- MICHAEL W FLETCHER    michael.fletcher@tonkon.com, leslie.hurd@tonkon.com;spencer.fisher@tonkon.com
- ALBERT N KENNEDY    al.kennedy@tonkon.com, leslie.hurd@tonkon.com; spencer.fisher@tonkon.com
- AVA L SCHOEN    ava.schoen@tonkon.com, leslie.hurd@tonkon.com
- BRAD T SUMMERS    summerst@lanepowell.com, docketing-pdx@lanepowell.com;holleym@lanepowell.com
- TIMOTHY A SOLOMON    tsolomon@llg-llc.com, justin-leonard-leonard-law-group-llc-5265@ecf.pacerpro.com
- US TRUSTEE, PORTLAND    USTPRegion18.PL.ECF@usdoj.gov

## NON-ECF PARTICIPANTS

**SECURED CREDITORS**

Baffco Enterprises, LLC
POB 1683
Brush Prairie, WA 98606

Enterprise FM Trust
20400 SW Teton Ave.
Tualatin, OR 97062

**PROPERTY TAX ENTITIES**

Clark County Treasurer
POB 9808
Vancouver, WA 98666-8808

King County Assessments Dept.
500 4th Ave. S. #708
Seattle, WA 98104

Ada County Assessor
190 E. Front St. #107
Boise, ID 83702

Deschutes County Tax Collector
POB 7559
Bend, OR 97701

040202/00003/10192884v2