**Jeffrey N. Pomerantz** (admitted *pro hac vice*)
   Phone: 310.277.6910
   Email: jpomerantz@pszjlaw.com
**Jason H. Rosell** (admitted *pro hac vice*)
   Phone: 415.263.7000
   Email: jrosell@pszjlaw.com
**PACHULSKI STANG ZIEHL & JONES LLP**
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

**Justin D. Leonard**, OSB 033736
**Timothy A. Solomon**, OSB 072573
   Direct: 971.634.0194
   Email: tsolomon@LLG-LLC.com
**LEONARD LAW GROUP LLC**
1 SW Columbia, Ste. 1010
Portland, Oregon 97204

Proposed Attorneys for Official Committee of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>**Wall to Wall Tile & Stone, LLC,**<br><br>**Wall to Wall Tile & Stone – Oregon LLC,**<br><br>**Wall to Wall Tile & Stone – Idaho LLC,**<br><br>                    Debtors. | Lead Case No. 19-32600-dwh11<br>(Jointly Administered with Case Nos. 19-32599-dwh11 and 19-32603-dwh11)<br><br>**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' NOTICE OF PROJECTED FEES AND EXPENSES** |

       Pursuant to the Court's Order Scheduling Case-Management Conference (Dkt. No. 53), the Official Committee of Unsecured Creditors (the "**Committee**") hereby submits the following monthly budget for their estimated professional fees and costs during the Debtors' chapter 11 cases:

//

//

//

Page 1 of 2 – OFFICIAL COMMITTEE OF UNSECURED CREDITORS' NOTICE OF PROJECTED FEES AND EXPENSES

LEONARD LAW GROUP LLC
1 SW Columbia, Ste. 1010
Portland, Oregon 97204
leonard-law.com

Case 19-32600-dwh11    Doc 109    Filed 08/15/19

| Professional | Aug/19 | Sept/19 | Oct/19 | Nov/19 | Dec/19 | Jan/20 | Total |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Pachulski Stang Ziehl & Jones LLP (General counsel) | $50,000 | $50,000 | $20,000 | $20,000 | $25,000 | $20,000 | **$185,000** |
| Arch + Beam Global, LLC (Financial advisor) | $25,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | **$100,000** |
| Leonard Law Group LLP (Local counsel) | $15,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | **$65,000** |

The above estimate of the Committee's professional fees is being provided without prejudice to the rights of the Committee's professionals to seek allowance of any and all fees and expenses, without limitation. The estimate is highly speculative due to the reactive nature of the Committee's role, and does not include any fees and expenses of expert witnesses that may need to be engaged by the Committee during these chapter 11 cases. In addition, the estimate is based on the rough case timeline provided by the Debtors. However, the Committee does not know the terms of any proposed plan or sale of the Debtors' assets. Accordingly, the Committee is unable at this time to accurately predict what issues may develop during the course of these chapter 11 cases.

Dated this 15th day of August, 2019.

    PACHULSKI STANG ZIEHL & JONES LLP
       Jeffrey N. Pomerantz (admitted *pro hac vice*)
       Jason H. Rosell (admitted *pro hac vice*)
       Proposed Lead Counsel for Committee

- and -

LEONARD LAW GROUP LLC

By: /s/ Timothy A. Solomon
       Timothy A. Solomon, OSB 072573
       Proposed Local Counsel for Committee

Page 2 of 2 – OFFICIAL COMMITTEE OF UNSECURED CREDITORS' NOTICE OF PROJECTED FEES AND EXPENSES

LEONARD LAW GROUP LLC
1 SW Columbia, Ste. 1010
Portland, Oregon 97204
leonard-law.com

Case 19-32600-dwh11    Doc 109    Filed 08/15/19

# CERTIFICATE OF SERVICE

       I certify that on the date below, I caused notice of the filing of this **OFFICIAL COMMITTEE OF UNSECURED CREDITORS' NOTICE OF PROJECTED FEES AND EXPENSES** to be served on interested parties requesting notice through the Court's CM/ECF system, and via first-class mail on the following:

    Tyler Kruckenberg
    28700 NE Lewisville Hwy
    Battle Ground, WA 98604

    ODR Bkcy
    955 Center St NE
    Salem, OR 97301-2555

DATED: August 15, 2019

                                      By: /s/ Timothy A. Solomon
                                            Timothy A. Solomon, OSB 072573

Page 1 – CERTIFICATE OF SERVICE

LEONARD LAW GROUP LLC
1 SW Columbia, Ste. 1010
Portland, Oregon 97204
leonard-law.com

Case 19-32600-dwh11    Doc 109    Filed 08/15/19