Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Wall to Wall Tile & Stone, LLC (TIN 9732), Wall to Wall Tile & Stone-Oregon LLC (TIN 1863), and Wall to Wall Tile & Stone-Idaho LLC (TIN 9431),<br><br>Debtors. | Case No. 19-32600-dwh11<br>**LEAD CASE**<br><br>(Jointly Administered with Case Nos. 19-32599-dwh11 and 19-32603-dwh11)<br><br>**ORDER GRANTING DEBTORS' APPLICATION FOR ORDER TO EMPLOY HB MORRIS FINANCIAL SERVICES, LLC AS TAX ACCOUNTANTS FOR DEBTORS** |

THIS MATTER having come before the Court on Debtors' Application for Order to Employ HB Morris Financial Services, LLC as Tax Accountants for Debtors (the "Application") [ECF No. 134], and the Rule 2014 Verified Statement for Professional, and the Court being duly advised in the premises and good and sufficient cause having been shown;

IT IS HEREBY ORDERED THAT:

1. The Application is granted.

**Page 1 of 2** - ORDER GRANTING DEBTOR'S APPLICATION FOR ORDER TO EMPLOY HB MORRIS FINANCIAL SERVICES, LLC AS TAX ACCOUNTANTS FOR DEBTOR

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-32600-dwh11    Doc 135    Filed 09/06/19

2. In accordance with Bankruptcy Code Section 327(a), Debtors are authorized to retain and employ HB Morris Financial Services, LLC, effective the date of the Application, to perform all the services set forth in the Application, on the terms set forth in the Application.

3. HB Morris Financial Services, LLC's compensation shall be subject to Court approval in accordance with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court, including any procedures that may be established under Local Rule 2016-1.

# # #

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP

By */s/ Ava L. Schoen*
    Timothy J. Conway, OSB No. 851752
    Ava L. Schoen, OSB No. 044072
    888 S.W. Fifth Avenue, Suite 1600
    Portland, OR 97204-2099
    Telephone: 503-221-1440
    Facsimile: 503-274-8779
    E-mail: tim.conway@tonkon.com
             ava.schoen@tonkon.com
    Attorneys for Debtors

cc: List of Interested Parties

040202/00003/10331298v1

**Page 2 of 2** - ORDER GRANTING DEBTOR'S APPLICATION FOR ORDER TO EMPLOY HB MORRIS FINANCIAL SERVICES, LLC AS TAX ACCOUNTANTS FOR DEBTOR

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-32600-dwh11    Doc 135    Filed 09/06/19

# CONSOLIDATED LIST OF INTERESTED PARTIES

*In re Wall to Wall Tile & Stone, LLC, Wall to Wall Tile & Stone-Oregon LLC, and Wall to Wall Tile & Stone-Idaho LLC*
**U.S. Bankruptcy Court Case No. 19-32600-dwh11 LEAD CASE**
**(Jointly Administered with Case Nos. 19-32599-dwh11 and 19-32603-dwh11)**

## ECF PARTICIPANTS

- TIMOTHY J CONWAY    tim.conway@tonkon.com, candace.duncan@tonkon.com; spencer.fisher@tonkon.com
- MICHAEL W FLETCHER    michael.fletcher@tonkon.com, leslie.hurd@tonkon.com;spencer.fisher@tonkon.com
- ALBERT N KENNEDY    al.kennedy@tonkon.com, leslie.hurd@tonkon.com; spencer.fisher@tonkon.com
- WENDY E. LYON    wlyon@foxrothschild.com, jshickich@foxrothschild.com
- AVA L SCHOEN    ava.schoen@tonkon.com, leslie.hurd@tonkon.com
- BRAD T SUMMERS    summerst@lanepowell.com, docketing-pdx@lanepowell.com;holleym@lanepowell.com
- TIMOTHY A SOLOMON    tsolomon@llg-llc.com, justin-leonard-leonard-law-group-llc-5265@ecf.pacerpro.com
- US TRUSTEE, PORTLAND    USTPRegion18.PL.ECF@usdoj.gov

## NON-ECF PARTICIPANTS

**SECURED CREDITORS**

Baffco Enterprises, LLC
POB 1683
Brush Prairie, WA 98606

Enterprise FM Trust
20400 SW Teton Ave.
Tualatin, OR 97062

**PROPERTY TAX ENTITIES**

Clark County Treasurer
POB 5000
Vancouver, WA 98666-5000

King County Assessments Dept.
500 4th Ave. S. #708
Seattle, WA 98104

Ada County Assessor
190 E. Front St. #107
Boise, ID 83702

Deschutes County Tax Collector
POB 7559
Bend, OR 97701

040202/00003/10192884v2