Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>**Wall to Wall Tile & Stone, LLC,**<br>**Wall to Wall Tile & Stone – Oregon LLC,**<br>**Wall to Wall Tile & Stone – Idaho LLC,**<br><br>Joint Debtors. | Lead Case No. 19-32600-dwh11<br>(Jointly Administered with Case Nos. 19-32599-dwh11 and 19-32603-dwh11)<br><br>**ORDER AUTHORIZING EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE UNSECURED CREDITORS COMMITTEE** |

This matter came before the Court pursuant to the Application by the Official Committee of Unsecured Creditors (the "**Committee**") to employ Pachulski Stang Ziehl & Jones LLP ("**PSZJ**") as Local Counsel filed on August 9, 2019 (Docket No. 90) (the "**Application**"). Based on the Application and the documents submitted in support thereof, including PSZJ's Verified Rule 2014 Statement, and after due deliberation the Court having determined that the relief requested in the Application is in the best interests of the Joint Debtors' Estates and their creditors; NOW, THEREFORE, it is ORDERED:

1. The Application is approved. Pursuant to 11 U.S.C. §§ 1103(a) and 328, the Committee is authorized to employ the law firm of Pachulski Stang Ziehl & Jones LLP as

**Page 1 of 2 –** **ORDER AUTHORIZING EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE UNSECURED CREDITORS COMMITTEE**

LEONARD LAW GROUP LLC
1 SW Columbia, Ste. 1010
Portland, Oregon 97204
leonard-law.com

Case 19-32600-dwh11    Doc 141    Filed 09/10/19

counsel effective as of July 31, 2019, to perform the services set forth in the Application, on the terms set forth in the Application; and

2. The compensation of PSZJ shall be subject to Court approval in accordance with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court, including procedures established under Local Bankruptcy Rule 2016-1.

# # #

CERTIFICATION OF COMPLIANCE WITH LBR 9021-1(a)(2)(A)

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

PRESENTED BY:

LEONARD LAW GROUP LLC
   /s/ Timothy A. Solomon
   Justin D. Leonard, OSB 033736
   Timothy A. Solomon, OSB 072573
   Holly C. Hayman, OSB 114146

Proposed Local Counsel for Official Committee of Unsecured Creditors

c:    ECF Participants
     Interested Parties by US Mail

Page 2 of 2 – ORDER AUTHORIZING EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE UNSECURED CREDITORS COMMITTEE

LEONARD LAW GROUP LLC
1 SW Columbia, Ste. 1010
Portland, Oregon 97204
leonard-law.com

Case 19-32600-dwh11    Doc 141    Filed 09/10/19