```
                    United States Bankruptcy Court
                          District of Oregon
```

In re:                                                    Case No. 19-32600-dwh
Wall to Wall Tile & Stone, LLC                            Chapter 11
        Debtor
## CERTIFICATE OF NOTICE

District/off: 0979-3          User: Admin.            Page 1 of 1              Date Rcvd: Sep 10, 2019
                              Form ID: pdf018         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2019.
db              Wall to Wall Tile & Stone, LLC,    1500 D Street,    Vancouver, WA  98663-3439
aty            +JASON J. ROSELL,    150 California Street 15th Floor,    San Francisco, CA 94111-4554
intp           +Tyler Kruckenberg,    28700 NE Lewisville Hwy,    Battle Ground, WA 98604-7536

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2019 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0

Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>**Wall to Wall Tile & Stone, LLC,**<br>**Wall to Wall Tile & Stone – Oregon LLC,**<br>**Wall to Wall Tile & Stone – Idaho LLC,**<br><br>Joint Debtors. | Lead Case No. 19-32600-dwh11<br>(Jointly Administered with Case Nos. 19-32599-dwh11 and 19-32603-dwh11)<br><br>**ORDER AUTHORIZING EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE UNSECURED CREDITORS COMMITTEE** |

This matter came before the Court pursuant to the Application by the Official Committee of Unsecured Creditors (the "**Committee**") to employ Pachulski Stang Ziehl & Jones LLP ("**PSZJ**") as Local Counsel filed on August 9, 2019 (Docket No. 90) (the "**Application**"). Based on the Application and the documents submitted in support thereof, including PSZJ's Verified Rule 2014 Statement, and after due deliberation the Court having determined that the relief requested in the Application is in the best interests of the Joint Debtors' Estates and their creditors; NOW, THEREFORE, it is ORDERED:

1. The Application is approved. Pursuant to 11 U.S.C. §§ 1103(a) and 328, the Committee is authorized to employ the law firm of Pachulski Stang Ziehl & Jones LLP as

Page 1 of 2 – ORDER AUTHORIZING EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE UNSECURED CREDITORS COMMITTEE

LEONARD LAW GROUP LLC
1 SW Columbia, Ste. 1010
Portland, Oregon 97204
leonard-law.com

Case 19-32600-dwh11    Doc 156    Filed 09/12/19

counsel effective as of July 31, 2019, to perform the services set forth in the Application, on the terms set forth in the Application; and

2.  The compensation of PSZJ shall be subject to Court approval in accordance with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court, including procedures established under Local Bankruptcy Rule 2016-1.

# # #

CERTIFICATION OF COMPLIANCE WITH LBR 9021-1(a)(2)(A)

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(A).

PRESENTED BY:

LEONARD LAW GROUP LLC
  /s/ Timothy A. Solomon
  Justin D. Leonard, OSB 033736
  Timothy A. Solomon, OSB 072573
  Holly C. Hayman, OSB 114146
Proposed Local Counsel for Official Committee of Unsecured Creditors

c:   ECF Participants
     Interested Parties by US Mail

**Page 2 of 2 – ORDER AUTHORIZING EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE UNSECURED CREDITORS COMMITTEE**

LEONARD LAW GROUP LLC
1 SW Columbia, Ste. 1010
Portland, Oregon 97204
leonard-law.com

Case 19-32600-dwh11    Doc 156    Filed 09/12/19