Joseph E. Shickich, Jr.
  Direct Dial:  206-389-1772
  Facsimile:  206-289-1708
  E-Mail:  jshickich@foxrothschild.com
Michael A. Sweet
  Direct Dial:  415-364-5560
  Facsimile:  415-391-4436
  E-Mail:  msweet@foxrothschild.com
Wendy E. Lyon
  Direct Dial:  206-389-1667
  Facsimile:  206-289-1708
  E-Mail:  wlyon@foxrothschild.com
FOX ROTHSCHILD LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154

Attorneys for Cosmos Granite (West), LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Wall to Wall Tile & Stone, LLC (TIN 9732), Wall to Wall Tile & Stone-Oregon LLC (TIN 1863), and Wall to Wall Tile & Stone-Idaho LLC (TIN 94310),<br><br>            Debtors. | Case No. 19-32600-dwh11<br>**LEAD CASE**<br><br>(Jointly Administered with Case Nos. 19-32599-dwh11 and 19-32603-dwh11)<br><br>**REPLY BY COSMOS IN SUPPORT OF ITS MOTION FOR RELIEF FROM STAY**<br><br>*Related to Doc 125* |

COMES NOW Cosmos Granite (West), LLC ("Cosmos"), and replies in support of its motion for an order under 11 U.S.C. § 362(d)(1) ("Motion") granting to Cosmos relief from the automatic stay of 11 U.S.C. §362(a)(3) to enforce a third party document subpoena ("Subpoena") served by Cosmos on Debtors pre-petition in the case of *Cosmos Granite (West), LLC v. Venkateswara Rao Are*, pending in King County Superior Court under Case No. 18-2-19279-0 (KNT) ("Are Lawsuit"), to which Debtors have not responded, by granting Cosmos access to documents that Cosmos obtained during discovery in *Cosmos Granite (West), LLC v. Wall to*

Case No.: 19-32600-dwh11
REPLY BY COSMOS IN SUPPORT OF ITS MOTION FOR
RELIEF FROM STAY - 1

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

189421\00001\102211604.v1

Case 19-32600-dwh11    Doc 158    Filed 09/13/19

*Wall Tile & Stone, LLC*, King County Superior Court Case No. 17-2-20765-9 KNT ("Wall to Wall Lawsuit") that Cosmos had loaded onto a © *Relativity* electronic discovery document review platform (collectively, "Documents"), and which are the subject of the pending Motion by Cosmos under Sections 542(e) and 1103(c)(2) filed on 8/14/19 under Doc 107..

1. Debtors do not dispute that cause exists for relief from stay and they do not dispute that there are Documents on the © *Relativity* platform responsive to the Subpoena. Yet, they do not want to use the © *Relativity* platform themselves, or let Cosmos use the platform, to find the responsive documents. Instead, they want Cosmos to shut down the © *Relativity* platform and destroy the Documents.

2. Debtors do not dispute that they were served with the Subpoena but have not responded to it, and that trial is imminent in the Are Lawsuit where the documents are needed.

3. Debtors do not dispute that there are approximately 53,000 Documents, of about 103,000 pages, on the © *Relativity* platform, from which a response to the Subpoena can be assembled.

4. Debtors do not dispute that the © *Relativity* platform has an extremely robust search functionality, and that the Documents responsive to the Subpoena can be easily located and viewed, and searched, filtered, reviewed and categorized.

5. Debtors do not dispute that there is a Protective Order in effect in the Are Lawsuit to protect the produced Documents.

6. Debtors do not dispute that there is no harm or cost to Debtors or the bankruptcy estate in allowing Cosmos to search the © *Relativity* platform for the documents responsive to the Subpoena and to use them in the Are Lawsuit subject to the Protective Order.

7. Cause for relief from stay exists for each of the reasons that are not disputed by Debtors.

Case No.: 19-32600-dwh11
REPLY BY COSMOS IN SUPPORT OF ITS MOTION FOR
RELIEF FROM STAY - 2

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

189421\00001\102211604.v1

Case 19-32600-dwh11    Doc 158    Filed 09/13/19

8. If Debtors wish themselves to search the © *Relativity* platform for the Documents responsive to the Subpoena, and promptly comply with the Subpoena, then Debtors should commit to do that. Otherwise, Cosmos should be granted relief from stay to accomplish the task.

WHEREFORE, Cosmos respectfully states cause exists for the Court to grant the Motion for relief from stay.

DATED this 13th day of September, 2019.

                        FOX ROTHSCHILD LLP

                        By:   /s/ Joseph E. Shickich, Jr.
                            Joseph E. Shickich, Jr. WSBA #8751
                            Michael A. Sweet, CAB #184345
                            Wendy E. Lyon, OSB #162408
                  Attorneys for Cosmos Granite (West), LLC

Case No.: 19-32600-dwh11
REPLY BY COSMOS IN SUPPORT OF ITS MOTION FOR
RELIEF FROM STAY - 3

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

189421\00001\102211604.v1

Case 19-32600-dwh11    Doc 158    Filed 09/13/19

# CERTIFICATE OF SERVICE

Veronica I. Magda declares:

1. I am an employee of Fox Rothschild LLP, which represents Cosmos Granite (West), LLC. I am over the age of 18 and am competent to make this Declaration.

2. On September 13, 2019, I electronically filed the REPLY BY COSMOS IN SUPPORT OF ITS MOTION FOR RELIEF FROM STAY.

3. Also, on September 13, 2019, I caused copies of the forgoing document to be sent via U.S. Mail – First Class to the following:

>Tyler Kruckenberg
>28700 NE Lewisville Hwy
>Battle Ground, WA 98604

>ODR Bkcy.
>955 Center St NE
>Salem, OR 97301-2555

4. It is my understanding that the CM/ECF System will send notifications of this filing to all parties listed in this case to receive notice electronically.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 13th day of September, 2019 at Seattle, Washington.

>*/s/ Veronica Magda*
>Veronica I. Magda
>Fox Rothschild LLP
>1001 Fourth Avenue, Suite 4500
>Seattle, WA 98154-1192
>Phone: (206) 624-3600
>Fax: (206) 389-1708
>vmagda@foxrothschild.com

Case No.: 19-32600-dwh11
REPLY BY COSMOS IN SUPPORT OF ITS MOTION FOR RELIEF FROM STAY - 4

189421\00001\102211604.v1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

Case 19-32600-dwh11    Doc 158    Filed 09/13/19