DISTRICT OF OREGON
**F I L E D**
February 18, 2020
Clerk, U.S. Bankruptcy Court

Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Wall to Wall Tile & Stone, LLC (TIN 9732), Wall to Wall Tile & Stone-Oregon LLC (TIN 1863), and Wall to Wall Tile & Stone-Idaho LLC (TIN 9431),<br><br>Debtors. | Case No. 19-32600-dwh11<br>**LEAD CASE**<br><br>(Jointly Administered with Case Nos. 19-32599-dwh11 and 19-32603-dwh11)<br><br>**ORDER DENYING OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR EXPEDITED HEARING ON COMMITTEE'S MOTION FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE** |

THIS MATTER having come before the Court on the Official Committee of Unsecured Creditors' Motion for Expedited Hearing (the "Motion") [ECF No. 292], and the Court having duly considered this matter; now, therefore,

IT IS HEREBY ORDERED that for the reasons stated on the record on February 13, 2020, the Official Committee of Unsecured Creditors' Motion is DENIED.

# # #

**Page 1 of 2** - ORDER DENYING OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR EXPEDITED HEARING ON COMMITTEE'S MOTION FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-32600-dwh11    Doc 297    Filed 02/18/20

I certify that I have complied with the requirements of LBR 9021-1(a).

Presented by:

TONKON TORP LLP


By */s/ Ava L. Schoen*
  Albert N. Kennedy, OSB NO. 821429
  Timothy J. Conway, OSB No. 851752
  Michael W. Fletcher, OSB No. 010448
  Ava L. Schoen, OSB No. 044072
  888 S.W. Fifth Avenue, Suite 1600
  Portland, OR 97204-2099
  Telephone: 503-221-1440
  Facsimile: 503-274-8779
  E-mail: al.kennedy@tonkon.com
     tim.conway@tonkon.com
     michael.fletcher@tonkon.com
     ava.schoen@tonkon.com
  Attorneys for Debtors

cc: List of Interested Parties

**Page 2 of 2** - ORDER DENYING OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR EXPEDITED HEARING ON COMMITTEE'S MOTION FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE

Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
503.221.1440

Case 19-32600-dwh11 Doc 297 Filed 02/18/20

# CONSOLIDATED LIST OF INTERESTED PARTIES

*In re Wall to Wall Tile & Stone, LLC, Wall to Wall Tile & Stone-Oregon LLC,
and Wall to Wall Tile & Stone-Idaho LLC*
**U.S. Bankruptcy Court Case No. 19-32600-dwh11 LEAD CASE**
**(Jointly Administered with Case Nos. 19-32599-dwh11 and 19-32603-dwh11)**

## ECF PARTICIPANTS

- TIMOTHY J CONWAY   tim.conway@tonkon.com, candace.duncan@tonkon.com; spencer.fisher@tonkon.com; leslie.hurd@tonkon.com
- MICHAEL W FLETCHER   michael.fletcher@tonkon.com, leslie.hurd@tonkon.com;spencer.fisher@tonkon.com
- OREN B HAKER   oren.haker@stoel.com, docketclerk@stoel.com;kevin.mckenzie@stoel.com
- LESLIE S JOHNSON   ljohnson@samuelslaw.com, cknutson@samuelslaw.com
- ALBERT N KENNEDY   al.kennedy@tonkon.com, leslie.hurd@tonkon.com;spencer.fisher@tonkon.com
- WENDY E. LYON   wlyon@foxrothschild.com, jshickich@foxrothschild.com
- TARA J SCHLEICHER   tara.schleicher@foster.com, kesarah.rhine@foster.com
- AVA L SCHOEN   ava.schoen@tonkon.com, leslie.hurd@tonkon.com
- JOSEPH E SHICKICH   jshickich@riddellwilliams.com, ctracy@riddellwilliams.com
- TIMOTHY A SOLOMON   tsolomon@llg-llc.com, justin-leonard-leonard-law-group-llc-5265@ecf.pacerpro.com
- BRAD T SUMMERS   summerst@lanepowell.com, docketing-pdx@lanepowell.com;holleym@lanepowell.com
- US TRUSTEE, PORTLAND   USTPRegion18.PL.ECF@usdoj.gov
- BRITTA E WARREN   bew@bhlaw.com, hkt@bhlaw.com

## NON-ECF PARTICIPANTS

**SECURED CREDITORS**

Enterprise FM Trust
20400 SW Teton Ave.
Tualatin, OR 97062

**PROPERTY TAX ENTITIES**

Clark County Treasurer
POB 5000
Vancouver, WA 98666-5000

King County Assessments Dept.
500 4th Ave. S. #708
Seattle, WA 98104

Ada County Assessor
190 E. Front St. #107
Boise, ID 83702

Deschutes County Tax Collector
POB 7559
Bend, OR 97701

040202/00003/10856417v1