**Justin D. Leonard**, OSB 033736
   Direct:  971.634.0192
   Email:  jleonard@LLG-LLC.com
**Timothy A. Solomon**, OSB 072573
   Direct:  971.634.0194
   Email:  tsolomon@LLG-LLC.com
**LEONARD LAW GROUP LLC**
1 SW Columbia, Ste. 1010
Portland, Oregon 97204

Attorneys for Chapter 7 Trustee Amy Mitchell

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>**Wall to Wall Tile & Stone, LLC,**<br>**Wall to Wall Tile & Stone – Oregon LLC,**<br>**Wall to Wall Tile & Stone – Idaho LLC,**<br><br>                Debtors. | Lead Case No. 19-32600-dwh7<br>(Jointly Administered with Case Nos. 19-32599-dwh7 and 19-32603-dwh7)<br><br>**TRUSTEE'S *EX PARTE* MOTION FOR PRODUCTION OF DOCUMENTS UNDER FRBP 2004**<br><br>**(BANK OF AMERICA)** |

       Amy Mitchell, chapter 7 trustee (the "**Trustee**") of the above-captioned debtors (the "**Debtors**"), hereby moves (the "**Motion**") the Court for an *ex parte* order directing that Bank of America (the "**Bank**") produce for the Trustee documents regarding bank accounts and loans of the Debtors on or before June 12, 2020, or by another date as reasonably agreed to in writing by the Trustee.

       In support of this motion, the Trustee represent as follows:

       1.     On July 16, 2019 (the "**Petition Date**"), the Debtors each commenced voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. On April 6, 2020, the Court converted the cases to chapter 7 and the Trustee was appointed to administer the cases.

**Page 1 of 2 – TRUSTEE'S *EX PARTE* MOTION FOR PRODUCTION OF DOCUMENTS UNDER FRBP 2004**

LEONARD LAW GROUP LLC
1 SW Columbia, Ste. 1010
Portland, Oregon 97204
www.leonard-law.com

Case 19-32600-dwh7   Doc 391   Filed 05/28/20

2. The Trustee is now investigating various issues in the case, including possible avoidance actions to recover pre- and post-petition transfers – including transfers made by Debtors to or for the benefit of the following "insiders" of the Debtors:

- **W2W Stone Holdings, LLC**, a Washington LLC (entity wholly owned by Tyler Kruckenberg that transferred funds to and from the Debtors);

- **Wall to Wall Install Corp.**, a Washington LLC (entity wholly owned by Tyler Kruckenberg, purportedly created to do business in conjunction with the Debtors); and

- **Tyler Kruckenberg** individually (owner of the Debtors, who received the benefit of substantial transfers from the Debtors – including payments by Debtors to third parties for which it appears the Debtors received no consideration).

The Trustee is also evaluating the purported claims of ownership of certain assets not included in the previous sale to Saxum Stone LLC – including evaluation of payments made through the Bank's accounts related to such assets, and representations made to the Bank regarding such assets.

3. The Trustee requires an order and subpoena for production of documents from the Bank pertaining to the above-referenced assets of the Debtors' bankruptcy estates.

WHEREFORE, the Trustee respectfully requests entry of the proposed order in the form attached hereto, directing the production of documents as described on Exhibit A.

DATED: May 28, 2020.

**LEONARD LAW GROUP LLC**

By: /s/ Justin D. Leonard
**Justin D. Leonard**, OSB 033736
Direct: 971.634.0192
Email: jleonard@LLG-LLC.com
Counsel for Trustee Amy Mitchell

**LBR 2004-1(b)(2) Certification**: The Trustee, through her counsel above, is prepared to confer with the Bank's Subpoena Department regarding the proposed deadline for production, to accommodate the Bank's timeframe.

Page 2 of 2 – **TRUSTEE'S *EX PARTE* MOTION FOR PRODUCTION OF DOCUMENTS UNDER FRBP 2004**

LEONARD LAW GROUP LLC
1 SW Columbia, Ste. 1010
Portland, Oregon 97204
www.leonard-law.com

Case 19-32600-dwh7    Doc 391    Filed 05/28/20

<u>**EXHIBIT A**</u>

To the extent specified in writing by the Trustee or her counsel, the following documents shall be produced by <u>**Bank of America**</u> on or before <u>**June 12, 2020**</u> (or on another date as agreed in writing with the Trustee).

The documents should be delivered to counsel for the Trustee: Justin D. Leonard at the offices of Leonard Law Group LLC (located at 1 SW Columbia, Suite 1010, Portland, OR 97204) – preferably in electronic (PDF) form by email to **jleonard@LLG-LLC.com**

1. To the extent requested by the Trustee or her counsel, monthly statements from January 1, 2016 through present for all of the Debtors' and their insiders' accounts (including any bank accounts, investment accounts, loan accounts, and credit card accounts), together listed as follows:

   - **Wall to Wall Tile & Stone, LLC**
   - **Wall to Wall Tile & Stone – Oregon LLC**
   - **Wall to Wall Tile & Stone – Idaho LLC**
   - **W2W Stone Holdings, LLC**
   - **Wall to Wall Install Corp.**
   - **Tyler G. Kruckenberg**

2. To the extent requested by the Trustee or her counsel, documentation of any <u>debit</u> transactions (including copies, image copies, and records of transactions for all checks, online payments, wire transfers, debits, and other withdrawals) from the accounts described above, within the time period described above.

3. To the extent requested by the Trustee or her counsel, documentation of any <u>deposit</u> transactions (including copies, image copies, and record of transactions for all checks, counter credits, wire transfers, and other deposits, including deposit slips and deposited items) into the accounts described above, within the time period described above.

4. To the extent requested by the Trustee or her counsel, any applications for accounts (including for loans/credit) of the parties listed above, including financial statements, appraisals, and other supporting documents.

**Page 1 of 1 – TRUSTEE'S *EX PARTE* MOTION FOR PRODUCTION OF DOCUMENTS UNDER FRBP 2004**

LEONARD LAW GROUP LLC
1 SW Columbia, Ste. 1010
Portland, Oregon 97204
www.leonard-law.com

Case 19-32600-dwh7    Doc 391    Filed 05/28/20

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>**Wall to Wall Tile & Stone, LLC,**<br><br>**Wall to Wall Tile & Stone – Oregon LLC,**<br><br>**Wall to Wall Tile & Stone – Idaho LLC,**<br><br>Debtors. | Lead Case No. 19-32600-dwh7<br>(Jointly Administered with Case Nos. 19-32599-dwh7 and 19-32603-dwh7)<br><br>**ORDER COMPELLING PRODUCTION OF DOCUMENTS UNDER FRBP 2004**<br><br>**(BANK OF AMERICA)** |

Based on the Trustee's Motion for FRBP 2004 Examination of Bank of America ("**BofA**") now, therefore, it is hereby

ORDERED that BofA shall produce for the Trustee the documents described in Exhibit A on or before June 12, 2020, or by another date if agreed to in writing by the Trustee and BofA.

# # #

Pursuant to LBR 9021-(b)(2)(B), this *ex parte* order has been lodged without circulation.

Presented by:

LEONARD LAW GROUP LLC

By: /s/ Justin D. Leonard
    Justin D. Leonard, OSB 033736
      Direct: 971.634.0192 / Email: jleonard@LLG-LLC.com
Counsel for Trustee Amy Mitchell

**Page 1 – ORDER COMPELLING PRODUCTION OF DOCUMENTS UNDER FRBP 2004 (Bank of America)**

**PROPOSED ORDER**
**1 of 2**

LEONARD LAW GROUP LLC
1 SW Columbia, Ste. 1010
Portland, Oregon 97204
leonard-law.com

# EXHIBIT A

To the extent specified in writing by the Trustee or her counsel, the following documents shall be produced by **Bank of America** on or before **June 12, 2020** (or on another date as agreed in writing with the Trustee).

The documents should be delivered to counsel for the Trustee: Justin D. Leonard at the offices of Leonard Law Group LLC (located at 1 SW Columbia, Suite 1010, Portland, OR 97204) – preferably in electronic (PDF) form by email to **jleonard@LLG-LLC.com**

1. To the extent requested by the Trustee or her counsel, monthly statements from January 1, 2016 through present for all of the Debtors' and their insiders' accounts (including any bank accounts, investment accounts, loan accounts, and credit card accounts), together listed as follows:

    - **Wall to Wall Tile & Stone, LLC**
    - **Wall to Wall Tile & Stone – Oregon LLC**
    - **Wall to Wall Tile & Stone – Idaho LLC**
    - **W2W Stone Holdings, LLC**
    - **Wall to Wall Install Corp.**
    - **Tyler G. Kruckenberg**

2. To the extent requested by the Trustee or her counsel, documentation of any <u>debit</u> transactions (including copies, image copies, and records of transactions for all checks, online payments, wire transfers, debits, and other withdrawals) from the accounts described above, within the time period described above.

3. To the extent requested by the Trustee or her counsel, documentation of any <u>deposit</u> transactions (including copies, image copies, and record of transactions for all checks, counter credits, wire transfers, and other deposits, including deposit slips and deposited items) into the accounts described above, within the time period described above.

4. To the extent requested by the Trustee or her counsel, any applications for accounts (including for loans/credit) of the parties listed above, including financial statements, appraisals, and other supporting documents.

**PROPOSED ORDER
2 of 2**

Page 2 – ORDER COMPELLING PRODUCTION OF DOCUMENTS UNDER FRBP 2004 (Bank of America)

LEONARD LAW GROUP LLC
1 SW Columbia, Ste. 1010
Portland, Oregon 97204
leonard-law.com

Case 19-32600-dwh7    Doc 391    Filed 05/28/20

# CERTIFICATE OF SERVICE

    I certify that on the date below, I caused notice of the filing of this **TRUSTEE'S MOTION FOR PRODUCTION OF DOCUMENTS UNDER FRBP 2004** to be served on interested parties requesting notice through the Court's CM/ECF system, and via first-class mail on the following:

- Tyler Kruckenberg, 28700 NE Lewisville Hwy, Battle Ground, WA 98604-7536
- Arch & Beam Global LLC, c/o Matthew English, 2500 Camino Diablo #110, Walnut Creek, CA 94597
- Bennington & Moshofsky PC, 4800 SW Griffith Dr #350, Beaverton, OR 97005
- Edward Hostmann, Inc., 352 2nd St. Apt. 301, Lake Oswego, OR 97034-3288
- HB Morris Financial Svcs Inc, c/o Mike Day, POB 2557, Battle Ground, WA 98604
- ODR Bkcy, 955 Center St NE, Salem, OR 97301-2555
- JEFFERY N. POMERANTZ, 10100 Santa Monica Blvd 13th Floor, Los Angeles, CA 90067
- JASON J. ROSELL, 150 California Street 15th Floor, San Francisco, CA 94111
- MICHAEL A. SWEET, 345 California Street #2200, San Francisco, CA 94104

DATED: May 28, 2020

            By: /s/ Justin D. Leonard
              Justin D. Leonard, OSB 033736

Page 1 - CERTIFICATE OF SERVICE

LEONARD LAW GROUP LLC
1 SW Columbia, Ste. 1010
Portland, Oregon 97204
www.leonard-law.com

Case 19-32600-dwh7    Doc 391    Filed 05/28/20