Below is an order of the court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>**Wall to Wall Tile & Stone, LLC,**<br>**Wall to Wall Tile & Stone – Oregon LLC,**<br>**Wall to Wall Tile & Stone – Idaho LLC,**<br><br>Debtors. | Lead Case No. 19-32600-dwh7<br>(Jointly Administered with Case Nos. 19-32599-dwh7 and 19-32603-dwh7)<br><br>**ORDER COMPELLING PRODUCTION OF DOCUMENTS UNDER FRBP 2004**<br><br>**(WELLS FARGO BANK)** |

Based on the Trustee's Motion for FRBP 2004 Examination of Wells Fargo Bank N.A. ("**Wells Fargo**") now, therefore, it is hereby

ORDERED that Wells Fargo shall produce for the Trustee the documents described in Exhibit A on or before June 12, 2020, or by another date if agreed to in writing by the Trustee and Wells Fargo.

# # #

Pursuant to LBR 9021-(b)(2)(B), this *ex parte* order has been lodged without circulation.

Presented by:

LEONARD LAW GROUP LLC
By: /s/ Justin D. Leonard
    Justin D. Leonard, OSB 033736
      Direct: 971.634.0192 / Email: jleonard@LLG-LLC.com
Counsel for Trustee Amy Mitchell

**Page 1 – ORDER COMPELLING PRODUCTION OF DOCUMENTS UNDER FRBP 2004 (Wells Fargo Bank)**

LEONARD LAW GROUP LLC
1 SW Columbia, Ste. 1010
Portland, Oregon 97204
leonard-law.com

Case 19-32600-dwh7    Doc 393    Filed 05/29/20

# EXHIBIT A

To the extent specified in writing by the Trustee or her counsel, the following documents shall be produced by **Wells Fargo Bank N.A.** on or before **June 12, 2020** (or on another date as agreed in writing with the Trustee).

The documents should be delivered to counsel for the Trustee: Justin D. Leonard at the offices of Leonard Law Group LLC (located at 1 SW Columbia, Suite 1010, Portland, OR 97204) – preferably in electronic (PDF) form by email to **jleonard@LLG-LLC.com**

1. To the extent requested by the Trustee or her counsel, monthly statements from January 1, 2016 through present for all of the Debtors' and their insiders' accounts (including any bank accounts, investment accounts, loan accounts, and credit card accounts), together listed as follows:

    - **Wall to Wall Tile & Stone, LLC**
    - **Wall to Wall Tile & Stone – Oregon LLC**
    - **Wall to Wall Tile & Stone – Idaho LLC**
    - **W2W Stone Holdings, LLC**
    - **Wall to Wall Install Corp.**
    - **Tyler G. Kruckenberg**

2. To the extent requested by the Trustee or her counsel, documentation of any <u>debit</u> transactions (including copies, image copies, and records of transactions for all checks, online payments, wire transfers, debits, and other withdrawals) from the accounts described above, within the time period described above.

3. To the extent requested by the Trustee or her counsel, documentation of any <u>deposit</u> transactions (including copies, image copies, and record of transactions for all checks, counter credits, wire transfers, and other deposits, including deposit slips and deposited items) into the accounts described above, within the time period described above.

4. To the extent requested by the Trustee or her counsel, any applications for accounts (including for loans/credit) of the parties listed above, including financial statements, appraisals, and other supporting documents.

**Page 2 – ORDER COMPELLING PRODUCTION OF DOCUMENTS UNDER FRBP 2004 (Wells Fargo Bank)**

LEONARD LAW GROUP LLC
1 SW Columbia, Ste. 1010
Portland, Oregon 97204
leonard-law.com

Case 19-32600-dwh7    Doc 393    Filed 05/29/20