| | | |
|---|---|---|
| 4/5/2023 | | Judge David W Hercher |

| 01:30 19-32600-dwh7 | Consolidated Estate of Former W2W Entities - db | AVA SCHOEN |
|---|---|---|
| | Creditor Committee -cr | JASON ROSELL |
| | Baffco Enterprises, LLC -cr | TARA SCHLEICHER |
| | Amy E Mitchell -tr | JUSTIN LEONARD |

**Matter: Objection to claim 89 of Baffco Enterprises, LLC (re Superpriority Creditors assertion of priority over UST Ch. 11 fees and allowed Ch. 11 professional compensation claims under the Courts Orders - docket nos. 32 & 118) Filed by Trustee Amy E Mitchell (LEONARD, JUSTIN) Doc# 480**

**Matter: Objection to claim 89 of Baffco Enterprises LLC Filed by Debtor Consolidated Estate of Former W2W Entities, Consolidated Debtors Wall to Wall Tile & Stone-Idaho LLC, Wall to Wall Tile & Stone-Oregon LLC (SCHOEN, AVA) Modified on 3/24/2022 (bd) Corrected docket text to identify creditor claimant. Doc# 492**

Summary of Proceedings

For the reasons stated on the record, the court will overrule U.S. trustee's objection to the global settlement [ECF No. 538] and to the Pachulski claim [ECF No. 537].

The court will approve the motions to settle and compromise in the related adversary proceedings. These objections are found to be moot.

Order to be prepared by: _____ Clerk's Office _____ Chambers Other:

Minute Order: