| | | |
|---|---|---|
| 04/05/2023 | | Judge David W Hercher |
| 01:30 19-32600-dwh7 | Consolidated Estate of Former W2W Entities - db | AVA L SCHOEN |
| | Baffco Enterprises, LLC -cr | TARA SCHLEICHER |
| | Creditor Committee -cr | JASON ROSELL |
| | Amy E Mitchell -tr | JUSTIN LEONARD |
| | Stephen Arnot, Portland -ust | |

**Matter: Objection Filed by U.S. Trustee US Trustee, Portland Re: 532 Motion to Settle and Compromise Adversary Proceeding 22-03027-dwh and Order Thereon; and Notice of Intent to Compensate Chapter 11 Professionals (bd) Doc# 537**

**Matter: Motion re: United States Trustees Request to Take Judicial Notice in Support of USTs Objections to the Pachulski Firm's Final Application for Compensation Filed by U.S. Trustee US Trustee, Portland Doc# 538**

Summary of Proceedings

For the reasons stated on the record, the court will overrule the U.S. trustee's objection to the Pachulski final compensation and expense application and allow the claim. The U.S. trustee's motion for judicial notice [ECF No. 538] is denied as moot.

The court will approve motions to settle and compromise in main case [ECF Nos. 528, 530, 532] and in the related adversary proceedings [Nos. 21-03023, 21-03024, 21-03027].

Order to be prepared by: _____ Clerk's Office  _____ Chambers  Other:

Minute Order: The court--

1. GRANTS--
    1. the Application for Final Professional Compensation by Pachulski Stang Ziehl & Jones LLP [claim 83-1], and
    2. the Motion and Notice of Intent to Settle and Compromise Adversary Proceedings, and Order Thereon and Notice of Intent to Compensate Chapter 11 Professionals [ECF Nos. 528, 530, 532],
2. OVERRULES the United States Trustee's Objection to the Pachulski Firm's Final Application for Compensation [ECF No. 537], and
3. DENIES as moot the United States Trustee's Request to Take Judicial Notice in Support of UST's Objections to the Pachulski firm's Final Application for Compensation [ECF No. 538].

David W. Hercher
U.S. Bankruptcy Judge