UNITED STATES BANKRUPTCY COURT

DISTRICT OF Oregon

In re: North Pacific Canners & Packers, Inc., Hermiston Foods, LLC, and NPCP Quincy, LLC §
§
§
Debtor(s) §

Case No. 19-62584

Lead Case No. 19-62584

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 03/31/2022

Petition Date: 08/22/2019

Plan Confirmed Date: 11/20/2020

Plan Effective Date: 11/30/2020

This Post-confirmation Report relates to: ◉ Reorganized Debtor

◯ Other Authorized Party or Entity: ____________________

Name of Authorized Party or Entity

/s/ Ava L. Schoen
Signature of Responsible Party

Ava L. Schoen
Printed Name of Responsible Party

04/21/2022
Date

Tonkon Torp LLP, 888 SW Fifth Ave., #1600, Portland, OR 97204
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name North Pacific Canners & Packers, Inc., Hermiston Foods, LLC, and NPCP Quincy, LLC — Case No. 19-62584

## Part 1: Summary of Post-confirmation Transfers

| | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $1,332,610 | $32,194,297 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $1,332,610 | $32,194,297 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | | $0 | $11,596,196 | $0 | $11,596,196 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Tonkon Torp LLP | Lead Counsel | $0 | $2,428,635 | $0 | $2,428,635 |
| | ii | SierraConstellation Partners | Financial Professional | $0 | $3,458,536 | $0 | $3,458,536 |
| | iii | Leonard Law Group | Other | $0 | $185,372 | $0 | $185,372 |
| | iv | Lowenstein Sandler | Other | $0 | $2,449,029 | $0 | $2,449,029 |
| | v | K&L Gates LLP | Other | $0 | $370,769 | $0 | $370,769 |
| | vi | Alvarez & Marsal | Other | $0 | $957,604 | $0 | $957,604 |
| | vii | FTI Consulting | Other | $0 | $190,418 | $0 | $190,418 |
| | viii | Kurtzman Carson Consultants | Other | $0 | $1,555,833 | $0 | $1,555,833 |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |

Debtor's Name North Pacific Canners & Packers, Inc., Hermiston Foods, LLC, and NPCP Quincy, LLC

Case No. 19-62584

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |

Debtor's Name North Pacific Canners & Packers, Inc., Hermiston Foods, LLC, and NPCP Quincy, LLC Case No. 19-62584

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | | $0 | $250,967 | $0 | $250,967 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Aldrich CPAs + Advisors | Other | $0 | $15,023 | $0 | $15,023 |
| | ii | Buchanan Angeli Altschul | Other | $0 | $546 | $0 | $546 |
| | iii | Bullard Law | Other | $0 | $372 | $0 | $372 |
| | iv | Gress, Clark, Young | Other | $0 | $1,217 | $0 | $1,217 |
| | v | Independent Actuaries, Inc. | Other | $0 | $9,288 | $0 | $9,288 |
| | vi | Kernutt Stokes | Other | $0 | $19,136 | $0 | $19,136 |

Debtor's Name North Pacific Canners & Packers, Inc., Hermiston Foods, LLC, and NPCP Quincy, LLC Case No. 19-62584

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | vii | Littler Mendelson, P.C. | Other | $0 | $7,580 | $0 | $7,580 |
| | viii | PwC | Other | $0 | $90,000 | $0 | $90,000 |
| | ix | Saalfeld Griggs PC | Other | $0 | $36,396 | $0 | $36,396 |
| | x | Sather, Byerly & Holloway | Other | $0 | $33,083 | $0 | $33,083 |
| | xi | Tolleson, Conratt, Nielsen, Ma | Other | $0 | $1,855 | $0 | $1,855 |
| | xii | Karlquist Sparkman LLP | Other | $0 | $1,474 | $0 | $1,474 |
| | xiii | Martyn & Associate | Other | $0 | $34,997 | $0 | $34,997 |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |

Debtor's Name North Pacific Canners & Packers, Inc., Hermiston Foods, LLC, and NPCP Quincy, LLC

Case No. 19-62584

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |

Debtor's Name North Pacific Canners & Packers, Inc., Hermiston Foods, LLC, and NPCP Quincy, LLC — Case No. 19-62584

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $11,847,164 | $0 | $11,847,164 |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $1,917,101 | $0 | $1,917,101 | $1,917,101 | 100% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $18,084 | $0 | $18,084 | $18,084 | 100% |
| d. General unsecured claims | $19,200,000 | $729,618 | $24,081,831 | $62,917,145 | 38% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report? Yes ◉ No ○

If yes, give date Final Decree was entered: 03/31/2022

If no, give date when the application for Final Decree is anticipated: ____________

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? Yes ◉ No ○

Debtor's Name North Pacific Canners & Packers, Inc., Hermiston Foods, LLC, and NPCP Quincy, LLC

Case No. 19-62584

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ William White
Signature of Responsible Party

William White
Printed Name of Responsible Party

Plan Agent (SierraConstellation Partners, LLC)
Title

04/21/2022
Date

Debtor's Name North Pacific Canners & Packers, Inc., Hermiston Foods, LLC, and NPCP Quincy, LLC

Case No. 19-62584

Page 1

Other Page 1

Page 2 Minus Tables

Bankruptcy Table 1-50

Debtor's Name North Pacific Canners & Packers, Inc., Hermiston Foods, LLC, and NPCP Quincy, LLC Case No. 19-62584

Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page